# EXHIBIT A

September 30, 2017

EDUCATION MANAGEMENT CORPORATION AND SUBSIDIARIES

