# EXHIBIT G

**Transfers to McEachen**

### McEachen 2016

| Date of Payment | Amount | Nature of Payment |
|---|---|---|
| 1/15/2016 | $281,250.00 | Bonus Payment |

### McEachen 2017

| Date of Payment | Amount | Nature of Payment |
|---|---|---|
| 8/4/2017 | $337,500.00 | Bonus Payment |
| 10/20/2017 | $12,878,009.00 | Bonus Payment |
| | $13,215,509.00 | Total |

### McEachen 2018

| Date of Payment | Amount | Nature of Payment |
|---|---|---|
| 2/2/2018 | $244,305.27 | Bonus Payment |