# EXHIBIT H

**Transfers to Jalufka**

| Jalufka 2017 | | |
|---|---|---|
| Date of Payment | Amount | Nature of Payment |
| 8/4/2017 | $90,000.00 | Bonus Payment |
| 10/20/2017 | $2,112,295.00 | Bonus Payment |
| | $2,202,295.00 | Total |