# EXHIBIT I

**Transfers to Kramer**

### Kramer 2016

| Date of Payment | Amount | Nature of Payment |
|---|---|---|
| 1/15/2016 | $70,000.00 | Bonus Payment |

### Kramer 2017

| Date of Payment | Amount | Nature of Payment |
|---|---|---|
| 8/4/2017 | $81,000.00 | Bonus Payment |
| 10/20/2017 | $2,240,402.00 | Bonus Payment |
|  | $2,321,402.00 | Total |