# EXHIBIT J

**Transfers to Novad**

| Novad 2017 | | |
|---|---|---|
| Date of Payment | Amount | Nature of Payment |
| 8/4/2017 | $40,500.00 | Bonus Payment |
| 10/20/2017 | $1,403,162.00 | Bonus Payment |
| | $1,443,662.00 | Total |