IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.*,<br>　　　　　　　　　　　Debtors. | Chapter 7<br>Case No. 18-11535 (LSS)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee,<br><br>　　　　　　　　　　　Plaintiff,<br><br>– against –<br><br>TODD S. NELSON, JOHN R. McKERNAN, SAMUEL C. COWLEY, EDWARD WEST, MARK A. McEACHEN, FRANK JALUFKA, J. DEVITT KRAMER, MARK NOVAD, JOHN DANIELSON, AND MICK BEEKHUIZEN,<br><br>　　　　　　　　　　　Defendants. | JURY TRIAL DEMANDED<br><br>Adversary Proceeding<br>No. 20-50627 (LSS) |

**STIPULATION EXTENDING THE TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff George L. Miller (the "Plaintiff") and defendants Todd S. Nelson, John R. McKernan, Samuel C. Cowley, Edward West, Mark A. McEachen, Frank Jalufka, J. Devitt Kramer, Mark Novad, John Danielson, and Mick Beekhuizen (the "Defendants), by and through their undersigned counsel, hereby stipulate and agree as follows:

1.　　On June 17, 2020, the Plaintiff filed the Complaint commencing the above-captioned adversary proceeding;

2.　　Each of the Defendants hereby acknowledges service of the Complaint.

– 2 –

3. The Plaintiff and the Defendants agree that the date by which each Defendant shall be required to answer, move, or otherwise respond to the Complaint (the "Answer Deadline") is September 14, 2020.

4. The parties further agree that the date by which the Plaintiff shall file his opposition to any motion filed in response to the Complaint filed by the Defendant shall be November 13, 2020.

5. The parties further agree that the date by which each Defendant shall file his reply in further support of any motion filed in response to the Complaint shall be December 14, 2020.

6. This stipulation is without prejudice to an application for, or stipulation to, a further extension of the Answer Deadline for Defendants.

Dated: August 11, 2020

PACHULSKI STANG ZIEHL &
   JONES LLP

 /s/ Colin R. Robinson
Bradford J. Sandler (DE Bar No. 4141)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail: bsandler@pszjlaw.com
        crobinson@pszjlaw.com

*Counsel for George L. Miller,*
*Chapter 7 Trustee*

Dated: August 11, 2020

RICHARDS, LAYTON & FINGER PA

 /s/ Marcos A. Ramos
Marcos A. Ramos (DE Bar No. 4450)
Brett M. Haywood (DE Bar No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: ramos@rlf.com
       haywood@rlf.com

*Counsel for Defendants Todd S. Nelson,*
*Sam Cowley, John R. McKernan,*
*Edward West, and Mick Beekhuizen*

– 3 –

Dated:  August 11, 2020

YOUNG CONAWAY STARGATT &
    TAYLOR, LLP


 */s/ Sean M. Beach*
Sean M. Beach (DE Bar No. 4070)
Kevin A. Guerke (DE Bar No. 4096)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
E-mail:  sbeach@ycst.com
            kguerke@ycst.com

*Counsel for Defendants Mark A. McEachen,
Frank Jalufka, John Danielson, J. Devitt
Kramer, and Mark Novad*