IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.*,[1]<br>Debtors. | Chapter 7<br>Case No. 18-11535 (LSS)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>TODD S. NELSON, JOHN R. McKERNAN, SAMUEL C. COWLEY, EDWARD WEST, MARK A. McEACHEN, FRANK JALUFKA, J. DEVITT KRAMER, MARK NOVAD, JOHN DANIELSON, AND MICK BEEKHUIZEN,<br><br>Defendants. | Adv. No. 20-50627 (LSS) |

## MOTION TO DISMISS OF
## DEFENDANTS JOHN DEVITT KRAMER AND MARK NOVAD

Defendants John Devitt Kramer and Mark Novad (the "**Defendants**") hereby move to dismiss (this "**Motion**") the Complaint [Adv. Docket. No. 1] (the "**Complaint**") filed by plaintiff George L. Miller, as Chapter 7 Trustee for the Debtors' bankruptcy estates, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure. In support of the Motion, the Defendants incorporate by reference the accompanying opening brief, filed contemporaneously herewith.

---

[1] See footnote 1 of Complaint (as defined below) for a complete list of debtors (the "**Debtors**") in the above-captioned jointly-administered chapter 7 cases.

27025939.2

Pursuant to Rule 7012-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Defendants do not consent to the entry of final judgment by the Court.

WHEREFORE, the Defendants respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting the Motion, dismissing the Complaint, and granting such other and further relief as the Court deems just and proper.

[*Signature Page Follows*]

| | |
|---|---|
| Dated September 14, 2020 | PORTER WRIGHT MORRIS & ARTHUR LLP |
| | Thomas S. Jones (Pennsylvania ID #71636) (*pro hac vice*)<br>6 PPG Place, Third Floor<br>Pittsburgh, PA 15222<br>Telephone: (412) 235-4500<br>Email: tjones@porterwright.com |
| | Andrew S. Nicoll (Ohio 0087156) (*pro hac vice*)<br>Syed Ahmadul Huda (Ohio 0098633) (*pro hac vice*)<br>Ryan L. Graham (Ohio 0093826) (*pro hac vice*)<br>41 South High Street, 29th Floor<br>Columbus, OH 43215<br>Telephone: (614) 227-2000<br>Facsimile: (614) 227-2100<br>Emails: anicoll@porterwright.com<br>        ahuda@porterwright.com<br>        rgraham@porterwright.com |
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | */s/ Sean M. Beach* |
| | Sean M. Beach (DE Bar No. 4070)<br>Kevin A. Guerke (DE Bar No. 4096)<br>Jaclyn C. Marasco (DE Bar No. 6477)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: 302-571-6600<br>Facsimile: 302-571-1253<br>E-mail: sbeach@ycst.com<br>        kguerke@ycst.com<br>        jmarasco@ycst.com |
| | *Attorneys for Defendants John Devitt Kramer and Mark Novad* |

27025939.2