IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.*,[1]<br>Debtors. | Chapter 7<br>Case No. 18-11535 (LSS)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>TODD S. NELSON, JOHN R. McKERNAN, SAMUEL C. COWLEY, EDWARD WEST, MARK A. McEACHEN, FRANK JALUFKA, J. DEVITT KRAMER, MARK NOVAD, JOHN DANIELSON, AND MICK BEEKHUIZEN,<br><br>Defendants. | JURY TRIAL DEMANDED<br><br>Adversary Proceeding<br>No. 20-50627 (LSS) |

**DEFENDANTS MARK McEACHEN, FRANK JALUFKA, AND
JOHN DANIELSON'S MOTION TO DISMISS THE COMPLAINT**

Defendants Mark McEachen, Frank Jalufka, and John Danielson (collectively, "Later Defendants") hereby move to dismiss (the "Motion to Dismiss") the Complaint [Adv. Dkt. No. 1] (the "Complaint") filed by plaintiff George L. Miller, as trustee for The Art Institute of Philadelphia, et al. ("Trustee"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure. In support of the Motion to Dismiss, Later Defendants incorporate by reference the accompanying opening brief (the "Opening Brief"), filed contemporaneously herewith.

---

[1] Due to the large number of debtors in the above-captioned jointly-administered chapter 7 cases (the "Chapter 7 Cases"), a complete list of such debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. Such information can be found at footnote 1 of the Complaint (as defined below).

Pursuant to Rule 7012-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Later Defendants do not consent to the entry of final judgment by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

WHEREFORE, Later Defendants respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit A, dismissing the Complaint and granting such other and further relief as the Court deems just and proper.

[*Signature Page Follows*]

| | |
|---|---|
| Dated September 14, 2020 | /s/ *Sean M. Beach* |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Sean M. Beach (DE Bar No. 4070)
Kevin A. Guerke (DE Bar No. 4096)
Jaclyn C. Marasco (DE Bar No. 6477)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
E-mail:  sbeach@ycst.com
        kguerke@ycst.com
        jmarasco@ycst.com

SIDLEY AUSTIN LLP

Chad S. Hummel (*admitted pro hac vice*)
Alexis Miller Buese (*admitted pro hac vice*)
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310-595-9500
Facsimile: 310-595-9501
E-mail: chummel@sidley.com
       alexis.buese@sidley.com

Sam Newman (*admitted pro hac vice*)
Anna Gumport (*admitted pro hac vice*)
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213-896-6000
Facsimile: 213-896-6600
E-mail: sam.newman@sidley.com
       agumport@sidley.com

Tiffanie N. Limbrick (*admitted pro hac vice*)
2021 McKinney Avenue, Suite 2000
Dallas, TX 75287
Telephone: 214-981-3300
Facsimile: 214-981-3400
E-mail: tlimbrick@sidley.com

*Counsel for Defendants Mark McEachen, Frank Jalufka, and John Danielson*