## **EXHIBIT A**

Proposed Form of Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.*,<br>         Debtors. | Chapter 7<br>Case No. 18-11535 (LSS)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee,<br><br>         Plaintiff,<br><br>         v.<br><br>TODD S. NELSON, JOHN R. McKERNAN, SAMUEL C. COWLEY, EDWARD WEST, MARK A. McEACHEN, FRANK JALUFKA, J. DEVITT KRAMER, MARK NOVAD, JOHN DANIELSON, AND MICK BEEKHUIZEN,<br><br>         Defendants. | Adv. Proc. No. 20-50627 (LSS) |

## ORDER GRANTING MOTION TO DISMISS THE COMPLAINT

Upon consideration of defendants Todd S. Nelson and Samuel C. Cowley's ("Defendants") *Motion to Dismiss the Complaint* [D.I. __], filed on September 14, 2020 (the "Motion"); and any opposition and replies thereto; the Court having determined that the legal and factual bases set forth in the Motion establish just cause to grant the relief requested therein; and after due deliberation thereon and good and sufficient cause appearing therefor;

45611079.1

1

THE COURT HEREBY ORDERS THAT:

1. The Motion is GRANTED in its entirety.

2. The Defendants are dismissed from the Complaint with prejudice.