# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.*, | Case No. 18-11535 (LSS) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 20-50627 (LSS) |
| TODD S. NELSON, JOHN R. McKERNAN, SAMUEL C. COWLEY, EDWARD WEST, MARK A. McEACHEN, FRANK JALUFKA, J. DEVITT KRAMER, MARK NOVAD, JOHN DANIELSON, AND MICK BEEKHUIZEN, | Re: D.I. 50 |
| Defendants. | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, on September 14, 2020, Defendants John R. McKernan, Edward West, and Mick Beekhuizen (the "Defendants") filed the *Declaration in Support of Motion of Defendants John R. McKernan, Edward West, and Mick Beekhuizen to Dismiss the Trustee's Complaint* [D.I. 50] (the "Declaration").

PLEASE TAKE FURTHER NOTICE that, Exhibit 11 to the Declaration ("Exhibit 11") was inadvertently omitted from the as-filed Declaration, although Exhibit 11 was served via email on the parties to this proceeding on September 14, 2020.

PLEASE TAKE FURTHER NOTICE that, Exhibit 11 to the Declaration is attached hereto as Exhibit A.

RLF1 24005945v.2

Dated: September 16, 2020
      Wilmington, Delaware

                                              */s/ Marcos A. Ramos*
                                              RICHARDS, LAYTON & FINGER, P.A.
                                              Marcos A. Ramos (No. 4450)
                                              Brett M. Haywood (No. 6166)
                                              J. Zachary Noble (No. 6689)
                                              One Rodney Square
                                              920 North King Street
                                              Wilmington, DE 19801
                                              Telephone: (302) 651-7700
                                              Facsimile: (302) 651-7701
                                              ramos@rlf.com
                                              haywood@rlf.com
                                              noble@rlf.com

                                              *Counsel for Defendants John R. McKernan,*
                                              *Edward West, and Mick Beekhuizen*