# Exhibit A

# Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.*,[2]<br><br>                *Debtors.*<br><br>GEORGE L. MILLER, Chapter 7 Trustee,<br><br>                *Plaintiff*,<br>      v.<br><br>TODD S. NELSON, *et al.*,<br><br>                *Defendants*. | Chapter 7<br><br>Case No. 18-11535 (LSS)<br><br>Jointly Administered<br><br><br><br>Adv. Pro. No. 20-50627 (LSS)<br><br><br><br>**Re: Adv. Docket No. \_\_** |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AUTHORIZATION TO EXCEED PAGE LIMIT WITH RESPECT TO HIS OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

---

[2] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): American Education Centers, Inc. (6160); Argosy Education Group, Inc. (5674); Argosy University of California LLC (1273); Brown Mackie College - Tucson, Inc. (4601); Education Finance III LLC (2533); Education Management LLC (6022); Education Management II LLC (2661); Education Management Corporation (9571); Education Management Holdings II LLC (2529); Higher Education Services II LLC (3436); Miami International University of Art & Design, Inc. (1065); South Education – Texas LLC (2573); South University of Florida, Inc. (9226); South University of Michigan, LLC (6655); South University of North Carolina LLC (9113); South University of Ohio LLC (9944); South University of Virginia, Inc. (9263); South University, LLC (7090); Stautzenberger College Education Corporation (4675); TAIC-San Diego, Inc. (1894); TAIC-San Francisco, Inc. (9487); The Art Institutes International Minnesota, Inc. (6999); The Art Institute of Atlanta, LLC (1597); The Art Institute of Austin, Inc. (3626); The Art Institute of California-Hollywood, Inc. (3289); The Art Institute of California-Inland Empire, Inc. (6775); The Art Institute of California - Los Angeles, Inc. (4215); The Art Institute of California-Orange County, Inc. (6608); The Art Institute of California-Sacramento, Inc. (6212); The Art Institute of Charleston, Inc. (6048); The Art Institute of Charlotte, LLC (4912); The Art Institute of Colorado, Inc. (3062); The Art Institute of Dallas, Inc. (9012); The Art Institute of Fort Lauderdale, Inc. (0255); The Art Institute of Houston, Inc. (9015); The Art Institute of Indianapolis, LLC (6913); The Art Institute of Las Vegas, Inc. (6362); The Art Institute of Michigan, Inc. (8614); The Art Institute of Philadelphia LLC (7396); The Art Institute of Pittsburgh LLC (7441); The Art Institute of Portland, Inc. (2215); The Art Institute of Raleigh-Durham, Inc. (8031); The Art Institute of St. Louis, Inc. (9555); The Art Institute of San Antonio, Inc. (4394); The Art Institute of Seattle, Inc. (9614); The Art Institute of Tampa, Inc. (6822); The Art Institute of Tennessee-Nashville, Inc. (5359); The Art Institute of Virginia Beach LLC (2784); The Art Institute of Washington, Inc. (7043); The Art Institutes International II LLC (9270); The Illinois Institute of Art at Schaumburg, Inc. (3502); The Illinois Institute of Art, Inc. (3500); The Institute of Post-Secondary Education, Inc. (0283); The New England Institute of Art, LLC (7798); The University of Sarasota, Inc. (5558);Western State University of Southern California (3875).

2

Before the Court is Plaintiff's Unopposed Motion for Authorization to Exceed Page Limit with Respect to His Omnibus Opposition to Defendants' Motions to Dismiss (the "Motion"). Having considered the Motion, and upon good cause shown,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. Plaintiff is authorized to exceed the page limit prescribed by Local Rule 7007-2 with respect to his Omnibus Memorandum, which shall not exceed 95 pages.

DOCS_DE:231707.1 57092/001