**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.*,[1]<br>                    Debtors. | Chapter 7<br>Case No. 18-11535 (LSS)<br><br>(Jointly Administered) |

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): American Education Centers, Inc. (6160); Argosy Education Group, Inc. (5674); Argosy University of California LLC (1273); Brown Mackie College - Tucson, Inc. (4601); Education Finance III LLC (2533); Education Management LLC (6022); Education Management II LLC (2661); Education Management Corporation (9571); Education Management Holdings II LLC (2529); Higher Education Services II LLC (3436); Miami International University of Art & Design, Inc. (1065); South Education – Texas LLC (2573); South University of Florida, Inc. (9226); South University of Michigan, LLC (6655); South University of North Carolina LLC (9113); South University of Ohio LLC (9944); South University of Virginia, Inc. (9263); South University, LLC (7090); Stautzenberger College Education Corporation (4675); TAIC-San Diego, Inc. (1894); TAIC-San Francisco, Inc. (9487); The Art Institutes International Minnesota, Inc. (6999); The Art Institute of Atlanta, LLC (1597); The Art Institute of Austin, Inc. (3626); The Art Institute of California-Hollywood, Inc. (3289); The Art Institute of California-Inland Empire, Inc. (6775); The Art Institute of California - Los Angeles, Inc. (4215); The Art Institute of California-Orange County, Inc. (6608); The Art Institute of California-Sacramento, Inc. (6212); The Art Institute of Charleston, Inc. (6048); The Art Institute of Charlotte, LLC (4912); The Art Institute of Colorado, Inc. (3062); The Art Institute of Dallas, Inc. (9012); The Art Institute of Fort Lauderdale, Inc. (0255); The Art Institute of Houston, Inc. (9015); The Art Institute of Indianapolis, LLC (6913); The Art Institute of Las Vegas, Inc. (6362); The Art Institute of Michigan, Inc. (8614); The Art Institute of Philadelphia LLC (7396); The Art Institute of Pittsburgh LLC (7441); The Art Institute of Portland, Inc. (2215); The Art Institute of Raleigh-Durham, Inc. (8031); The Art Institute of St. Louis, Inc. (9555); The Art Institute of San Antonio, Inc. (4394); The Art Institute of Seattle, Inc. (9614); The Art Institute of Tampa, Inc. (6822); The Art Institute of Tennessee-Nashville, Inc. (5359); The Art Institute of Virginia Beach LLC (2784); The Art Institute of Washington, Inc. (7043); The Art Institutes International II LLC (9270); The Illinois Institute of Art at Schaumburg, Inc. (3502); The Illinois Institute of Art, Inc. (3500); The Institute of Post-Secondary Education, Inc. (0283); The New England Institute of Art, LLC (7798); The University of Sarasota, Inc. (5558);Western State University of Southern California (3875).

|  |  |
|---|---|
| GEORGE L. MILLER, Chapter 7 Trustee, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 20-50627 (LSS) |
| TODD S. NELSON, JOHN R. McKERNAN, SAMUEL C. COWLEY, EDWARD WEST, MARK A. McEACHEN, FRANK JALUFKA, J. DEVITT KRAMER, MARK NOVAD, JOHN DANIELSON, AND MICK BEEKHUIZEN, | |
| Defendants. | |

**STIPULATION EXTENDING TIME TO
REPLY IN SUPPORT OF MOTIONS TO DISMISS**

Plaintiff George L. Miller (the "Plaintiff") and defendants Todd S. Nelson, John R. McKernan, Samuel C. Cowley, Edward West, Mark A. McEachen, Frank Jalufka, J. Devitt Kramer, Mark Novad, John Danielson, and Mick Beekhuizen (the "Defendants," and together with the Plaintiff, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. On June 17, 2020, the Plaintiff filed the complaint [D.I. 1] (the "Complaint") commencing the above-captioned adversary proceeding.

2. On August 11, 2020, the Parties filed a stipulation [D.I. 17] extending (a) the date by which each Defendant would be required to answer, move, or otherwise respond to the Complaint to September 14, 2020, (b) the date by which the Plaintiff would file his opposition to any motion filed in response to the Complaint to November 13, 2020, and (c) the date by which each Defendant would reply in further support of any motion filed in response to the Complaint to December 14, 2020.

3.  The Defendants filed motions to dismiss the Complaint (the "Motions to Dismiss") on September 14, 2020, and the Plaintiff filed oppositions to the Motions to Dismiss on November 13, 2020.

4.  The Parties agree that the date by which each Defendant may file his reply in further support of the Motions to Dismiss (the "Reply Deadline") is hereby extended to December 21, 2020.

5.  This stipulation is without prejudice to any application for, or agreement or stipulation to, a further extension of the Reply Deadline.

[*Remainder of page left intentionally blank*]

| | |
|---|---|
| Dated:  December 2, 2020 | Dated:  December 2, 2020 |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| /s/ *Colin R. Robinson* | /s/ *Marcos A. Ramos* |
| Bradford J. Sandler (No. 4141) | Marcos A. Ramos (No. 4450) |
| Colin R. Robinson (No. 5524) | Brett M. Haywood (No. 6166) |
| 919 North Market Street, 17th Floor | One Rodney Square |
| P.O. Box 8705 | 920 North King Street |
| Wilmington, DE 19899 (Courier 19801) | Wilmington, DE 19801 |
| Telephone: (302) 652-4100 | Telephone: (302) 651-7700 |
| Facsimile: (302) 652-4400 | Facsimile:  (302) 651-7701 |
| E-mail: bsandler@pszjlaw.com | Email: ramos@rlf.com |
| crobinson@pszjlaw.com | haywood@rlf.com |
| - and - | - and - |
| Steven M. Coren (admission *pro hac vice* granted) | Blanca F. Young |
| Benjamin M. Mather (admission *pro hac vice* granted) | J. Max Rosen |
| Francis X. Lane (admission *pro hac vice* granted) | MUNGER, TOLLES & OLSON LLP |
| Kaufman, Coren & Ress, P.C. | 560 Mission Street, 27th Floor |
| Two Commerce Square, Suite 3900 | San Francisco, CA 94105 |
| 2001 Market Street | Telephone:  (415) 512-4000 |
| Philadelphia, PA 19103 | Facsimile:   (415) 644-6919 |
| (215) 735-8700 | |
| | - and - |
| *Counsel for George L. Miller, Chapter 7 Trustee* | Joseph D. Lee |
| | Seth Goldman |
| | MUNGER, TOLLES & OLSON LLP |
| | 350 South Grand Avenue, 50th Floor |
| | Los Angeles, CA 90071 |
| | Telephone:  (213) 683-9100 |
| | Facsimile:   (214) 969-4343 |
| | *Counsel for Defendants Todd S. Nelson and Sam Cowley* |

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>/s/ *Sean M. Beach*<br>Sean M. Beach (No. 4070)<br>Kevin A. Guerke (No. 4096)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>E-mail: sbeach@ycst.com<br>       kguerke@ycst.com<br><br>-and-<br><br>PORTER WRIGHT MORRIS & ARTHUR LLP<br><br>Thomas S. Jones (Pennsylvania ID #71636) (*pro hac vice*)<br>6 PPG Place, Third Floor<br>Pittsburgh, PA 15222<br>Telephone: (412) 235-4500<br>Email: tjones@porterwright.com<br><br>-and-<br><br>Andrew S. Nicoll (Ohio 0087156) (*pro hac vice*)<br>Syed Ahmadul Huda (Ohio 0098633) (*pro hac vice*)<br>Ryan L. Graham (Ohio 0093826) (*pro hac vice*)<br>41 South High Street, 29th Floor<br>Columbus, OH 43215<br>Telephone: (614) 227-2000<br>Facsimile: (614) 227-2100<br>Emails: anicoll@porterwright.com<br>       ahuda@porterwright.com<br>       rgraham@porterwright.com<br><br>*Counsel for Defendants J. Devitt Kramer and Mark Novad* | **RICHARDS, LAYTON & FINGER, P.A.**<br><br>/s/ *Marcos A. Ramos*<br>Marcos A. Ramos (No. 4450)<br>Brett M. Haywood (No. 6166)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: ramos@rlf.com<br>       haywood@rlf.com<br><br>- and -<br><br>Michael L. Kichline, *pro hac vice*<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market St.<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5000<br>Facsimile: (215) 963-5001<br>Email: michael.kichline@morganlewis.com<br><br>- and -<br><br>Robert O'Leary, *pro hac vice*<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br>Email: bob.oleary@morganlewis.com<br><br>*Counsel for Defendants John R. McKernan, Edward West, and Mick Beekhuizen* |

**YOUNG CONAWAY STARGATT &
 TAYLOR, LLP**

/s/ *Sean M. Beach*
Sean M. Beach (No. 4070)
Kevin A. Guerke (No. 4096)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone:  (302) 571-6600
Facsimile:   (302) 571-1253
E-mail:  sbeach@ycst.com
            kguerke@ycst.com

-and-

SIDLEY AUSTIN LLP

Chad S. Hummel (*admitted pro hac vice*)
Alexis Miller Buese (*admitted pro hac vice*)
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310-595-9500
Facsimile: 310-595-9501
E-mail: chummel@sidley.com
            alexis.buese@sidley.com

Sam Newman (*admitted pro hac vice*)
Anna Gumport (*admitted pro hac vice*)
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213-896-6000
Facsimile: 213-896-6600
E-mail: sam.newman@sidley.com
            agumport@sidley.com

Tiffanie N. Limbrick (*admitted pro hac vice*)
2021 McKinney Avenue, Suite 2000
Dallas, TX 75287
Telephone: 214-981-3300
Facsimile: 214-981-3400
E-mail: tlimbrick@sidley.com

*Counsel for Defendants Mark McEachen,
Frank Jalufka, and John Danielson*