## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE ART INSTITUTE OF PHILADELPHIA LLC., *et al.*, | Case No. 18-11535 (LSS) |
| Debtors. | Jointly Administered |
| | |
| GEORGE L. MILLER, Chapter 7 Trustee, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 20-50627 (LSS) |
| TODD S. NELSON, JOHN R. MCKERNAN, SAMUEL C. COWLEY, EDWARD WEST, MARK A. MCEACHEN, FRANK JALUFKA, J. DEVITT KRAMER, MARK NOVAD, JOHN DANIELSON, and MICK BEEKHUIZEN, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Tiffanie N. Limbrick of Sidley Austin LLP hereby withdraws her appearance as counsel to defendants Mark McEachen, Frank Jalufka, and John Danielson (the "Later Defendants") and requests that she be removed from the general matrix and all special or limited matrices in this matter.

PLEASE TAKE FURTHER NOTICE that the undersigned continue to appear as counsel to the Later Defendants.

27621690.1

Dated: January 25, 2021                 YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
Kevin A. Guerke (No. 4096)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: sbeach@ycst.com
       kguerke@ycst.com

- and -

SIDLEY AUSTIN LLP
Sam Newman
Stacy Horth-Neubert
Anna Gumport
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: sam.newman@sidley.com
       shorthneubert@sidley.com
       agumport@sidley.com

Chad S. Hummel
Alexis Miller Buese
1999 Avenue of the Stars, 17th Floor
Los Angeles, California 90067
Telephone: (310) 595-9500
Facsimile: (310) 595-9501
Email: chummel@sidley.com
       alexis.buese@sidley.com

*Counsel to the Later Defendants*