# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| **The Art Institute of Philadelphia LLC.,** *et al.*, ) | Case No. 18-11535 (CTG) |
| ) | |
| Debtors ) | |
| ) | |
| ) | |
| **George L. Miller** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adv. Proc. No. 20-50627 (CTG) |
| ) | |
| **Todd S. Nelson et al** ) | |
| ) | |
| Defendant ) | |

## ORDER OF REASSIGNMENT OF JUDGE

**AND NOW, this 2nd** day of August, 2021, **it is hereby ORDERED** that the above Chapter 7 adversary case is **TRANSFERRED** to the **Honorable Craig T. Goldblatt** for all further proceedings and dispositions.[1]

_____
Laurie Selber Silverstein
Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.