# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE ART INSTITUTE OF PHILADELPHIA LLC., *et al.*, | Case No. 18-11535 (LSS) |
| Debtors. | Jointly Administered |
| GEORGE L. MILLER, Chapter 7 Trustee, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 20-50627 (LSS) |
| TODD S. NELSON, JOHN R. MCKERNAN, SAMUEL C. COWLEY, EDWARD WEST, MARK A. MCEACHEN, FRANK JALUFKA, J. DEVITT KRAMER, MARK NOVAD, JOHN DANIELSON, and MICK BEEKHUIZEN, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Andrew S. Nicoll of Porter Wright Morris & Arthur LLP hereby withdraws his appearance as counsel to defendants J. Devitt Kramer and Mark Novad (the "Defendants") and requests that he be removed from the general matrix and all special or limited matrices in this matter.

PLEASE TAKE FURTHER NOTICE that the undersigned continue to appear as counsel to the Defendants.

28003242.1

| | |
|---|---|
| Dated: November 11, 2021 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | */s/ Sean M. Beach* |
| | Sean M. Beach (No. 4070) |
| | Kevin A. Guerke (No. 4096) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 571-6600 |
| | Facsimile: (302) 571-1253 |
| | Email: sbeach@ycst.com |
| | kguerke@ycst.com |
| | |
| | - and - |
| | |
| | PORTER WRIGHT MORRIS & ARTHUR LLP |
| | Thomas S. Jones |
| | 6 PPG Place, Third Floor |
| | Pittsburgh, Pennsylvania 15222 |
| | Telephone: (412) 235-4500 |
| | Facsimile: (412) 235-4510 |
| | Email: tjones@porterwright.com |
| | |
| | Ahmad Huda |
| | Ryan L. Graham |
| | 41 South High Street, Suites 2800-3200 |
| | Columbus, Ohio 43215 |
| | Telephone: (614) 227-2000 |
| | Facsimile: (614) 227-2100 |
| | Email: ahuda@porterwright.com |
| | rgraham@porterwright.com |
| | |
| | *Counsel to Defendants J. Devitt Kramer and Mark Novad* |

28003242.1