# EXHIBIT A



September 30, 2017
EDUCATION MANAGEMENT CORPORATION AND SUBSIDIARIES