**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.*,[1]<br><br>              Debtors. | Chapter 7<br>Case No. 18-11535 (CTG)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee,<br><br>              Plaintiff,<br><br>              v.<br><br>TODD S. NELSON, JOHN R. McKERNAN, SAMUEL C. COWLEY, EDWARD WEST, MARK A. McEACHEN, FRANK JALUFKA, J. DEVITT KRAMER, MARK NOVAD, JOHN DANIELSON, AND MICK BEEKHUIZEN,<br><br>              Defendants. | Adv. No. 20-50627 (CTG) |

**MOTION TO DISMISS THE FIRST AMENDED COMPLAINT OF**
**DEFENDANTS JOHN DEVITT KRAMER AND MARK NOVAD**

Defendants John Devitt Kramer and Mark Novad (the "Defendants") hereby move to

dismiss (the "Motion to Dismiss") the First Amended Complaint (Adv. Dkt. 91) (the "FAC") filed

by plaintiff George L. Miller, as trustee for The Art Institute of Philadelphia, et al. ("Trustee"),

with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable

to this adversary proceeding by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure.  In

---

[1] Due to the large number of debtors in the above-captioned jointly-administered chapter 7 cases (the "Chapter 7 Cases"), a complete list of such debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein.  Such information can be found at footnote 1 of the FAC.

support of the Motion to Dismiss, the Defendants incorporate by reference the accompanying

memorandum of law ("Opening Brief"), filed contemporaneously herewith.

Pursuant to Rule 7012-1 of the Local Rules of Bankruptcy Practice and Procedure of the

United States Bankruptcy Court for the District of Delaware, the Defendants do not consent to the

entry of final judgment by the Court.

WHEREFORE, the Defendants respectfully request that the Court enter an order,

substantially in the form attached hereto as **Exhibit A**, dismissing the FAC and granting such other

and further relief as the Court deems just and proper.

[*Signature Page Follows*]

Dated: April 1, 2022        YOUNG CONAWAY STARGATT & TAYLOR, LLP

*s/ Sean M. Beach*
Sean M. Beach (DE Bar No. 4070)
Kevin A. Guerke (DE Bar No. 4096)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253
E-mail: sbeach@ycst.com
       kguerke@ycst.com


PORTER WRIGHT MORRIS & ARTHUR LLP
Thomas S. Jones (Pennsylvania ID #71636) (*pro hac vice*)
6 PPG Place
Third Floor
Pittsburgh, PA 15222
Telephone: (412) 235-4500
Email: tjones@porterwright.com

Syed Ahmadul Huda (Ohio 0098633) (*pro hac vice*)
41 South High Street, 29th Floor
Columbus, OH 43215
Telephone: (614) 227-2000
Facsimile: (614) 227-2100
Emails: ahuda@porterwright.com


*Attorneys for Defendants John Devitt Kramer and Mark Novad*