## Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.*,[1]<br><br>                    Debtors. | Chapter 7<br>Case No. 18-11535 (CTG)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee,<br><br>               Plaintiff,<br><br>          v.<br><br>TODD S. NELSON, JOHN R. McKERNAN, SAMUEL C. COWLEY, EDWARD WEST, MARK A. McEACHEN, FRANK JALUFKA, J. DEVITT KRAMER, MARK NOVAD, JOHN DANIELSON, AND MICK BEEKHUIZEN,<br><br>               Defendants. | Adv. No. 20-50627 (CTG)<br><br>Ref. Adv. Docket No. _____ |

**ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT OF DEFENDANTS JOHN DEVITT KRAMER AND MARK NOVAD**

Upon the motion (the "Motion to Dismiss") of defendants John Devitt Kramer and Mark Novad (the "Defendants") for entry of an order dismissing the First Amended Complaint (Adv. Dkt. 91) (the "FAC") filed by plaintiff George L. Miller, as trustee for The Art Institute of Philadelphia, et al. ("Trustee"), with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, as incorporated by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure; the Court having considered the Opening Brief in support of the Motion to Dismiss; the Court

---

[1] Due to the large number of debtors in the above-captioned jointly-administered chapter 7 cases (the "Chapter 7 Cases"), a complete list of such debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. Such information can be found at footnote 1 of the First Amended Complaint.

having found that it has jurisdiction to consider the Motion to Dismiss and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; it appearing that venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing that due and proper notice of the Motion to Dismiss has been given and that no other or further notice is necessary; the Court having found and determined that the legal and factual bases set forth in the Motion to Dismiss establish just cause for the relief granted herein; after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1.      The Motion to Dismiss is GRANTED as set forth herein.

2.      The FAC is hereby DISMISSED with prejudice as against the Defendants.

3.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.