# Exhibit A

**(Proposed Order)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 7<br>Case No. 18-11535 (CTG)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>TODD S. NELSON, JOHN R. McKERNAN, SAMUEL C. COWLEY, EDWARD WEST, MARK A. McEACHEN, FRANK JALUFKA, J. DEVITT KRAMER, MARK NOVAD, JOHN DANIELSON, AND MICK BEEKHUIZEN,<br><br>　　　　　　　　　Defendants. | Adv. Proc. No. 20-50627 (CTG) |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2022, upon the Motion of Defendants West and Beekhuizen to Dismiss the First Amended Complaint (the "Motion"), and the opposition of the Trustee thereto, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. The Trustee's First Amended Complaint is DISMISSED WITH PREJUDICE.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　THE HONORABLE CRAIG T. GOLDBLATT
　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE