# EXHIBIT 9

# EXHIBIT 21

# EDMC
Education Management Corporation

Washington, Lynn T.    AiO    Date of Hire: 6/1/2004

## Inventory Data

| New Students | NOV | JAN | FEB | APR | MAY | JUL | AUG | OCT | AY TD | AY Total |
|---|---|---|---|---|---|---|---|---|---|---|
| ADA Last Year | 0 | 15 | 1 | 8 | 7 | 5 | 6 | 12 | 0 | (54) |
| ADA Plan | 8 | 11 | 5 | 10 | 5 | 10 | 5 | 16 | 5 | 70 |
| ADA Actual | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | |
| % of Plan | 38% | | | | | | | | 38% | |
| % B(W) LY | | | | | | | | | | |
| *Inheriteds LY | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| *Inheriteds TY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adj. LY | 0 | 15 | 1 | 8 | 7 | 5 | 7 | 12 | 0 | 55 |
| Adj. Plan | 8 | 11 | 5 | 10 | 5 | 10 | 5 | 16 | 5 | 70 |
| Adj Actual | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | |
| % of Adj. Plan | 38% | | | | | | | | 38% | |
| % B(W) Adj LY | | | | | | | | | | |

## Original Gross Apps

| | NOV | JAN | FEB | APR | MAY | JUL | AUG | OCT | AY TD | AY Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Last Year | 0 | 26 | 5 | 13 | 12 | 14 | 12 | 24 | 0 | 106 |
| Plan | 17 | 21 | 11 | 19 | 11 | 19 | 11 | 31 | 17 | 140 |
| Actual | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | |

## Start Rate %

| | NOV | JAN | FEB | APR | MAY | JUL | AUG | OCT | AY TD | AY Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Adj. LY | 0% | 58% | 20% | 62% | 58% | 36% | 54% | 60% | 0% | 51% |
| Adj. Plan | 47% | 52% | 45% | 53% | 45% | 53% | 45% | 52% | 47% | 50% |
| Adj. Actual | 60% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 60% | |

## Apps for Future Start Dates

| | NOV | JAN | FEB | APR | MAY | JUL | AUG | OCT |
|---|---|---|---|---|---|---|---|---|
| Original App Actual | 0 | 15 | 1 | 0 | 0 | 0 | 0 | 1 |
| Active App Actual | 0 | 14 | 0 | 0 | 0 | 0 | 0 | 0 |

## Monthly Data - 12/23/08

| | Production Data | | | | Conversion Data | | | |
|---|---|---|---|---|---|---|---|---|
| | Inqs | Appts | Intvs | Apps | Set Rate | Show Rate | Commit Rate | Conv Rate |
| LY | 2,005 | 398 | 292 | 108 | 20% | 74% | 37% | 5.4% |
| OCT | 244 | 36 | 32 | 7 | 15% | 89% | 22% | 2.9% |
| NOV | 141 | 16 | 16 | 8 | 11% | 100% | 50% | 5.7% |
| DEC | 66 | 15 | 14 | 6 | 23% | 93% | 43% | 9.1% |
| 3 MRA | 150 | 22 | 21 | 7 | 15% | 93% | 34% | 4.7% |

## Plan and Performance Measures

| | December AYDS | | Adms Year to Date | |
|---|---|---|---|---|
| | Plan | Actual | Plan | Actual |
| Monthly Gross Applications | 7 | 6 | 35 | 21 |
| 3 Month Average Applications | na | na | 12 | 7 |
| PDR Inquiries | 8 | 0 | 28 | 4 |

*Start Rate Calculation for AY TOTAL