# EXHIBIT 10

# EXHIBIT 22

# EDMC™
Education Management Corporation

*Education that Builds Careers*





# Performance Evaluation and Planning Form

## for Assistant and Associate Directors of Admissions



LW001652

# Performance Evaluation and Goal Setting

### Specific Goals Evaluation

| Goals for Most Recent Past Period | Evaluation of Results |
|---|---|
| | |

### Career Development

| Goals for Most Recent Past Period | Evaluation of Results |
|---|---|
| | |

**Goal Setting for Upcoming Period:**   January 1, 2005   to   June 1, 2005

**Development Recommendations:** Development plans should be stated as specific action plans that will be taken by the employee over the next performance period to enhance job performance. A development plan should be written for any areas where performance for the previous period was less effective than it could have been, or where there are behavioral shortcomings. Indicate any special training that will be needed.

| Improvement Areas: | Action Plans: |
|---|---|
| Increase PDRs from to min of 1 per week<br>Improve average interviews conducted /week from 5.2 to 9<br>Improve average applications /week from 2 to 3<br>Improve on weekly call volume to 250 calls a week<br>Improve on weekly talk time to 12 hrs a week | |

**Career Interests and Goals:** Summary of employee's career interests and specific plans to prepare for advancement, if appropriate. This should be representative of the employee's views only.

| |
|---|
| |

**Comments:** Add any comments by either the supervisor or employee regarding the performance review.

| |
|---|
| |

LW001653

amongst her peers.

| | Total Quality Points | 17 |
|---|---|---|

Signature:

_Washington_    2/8/05
Supervisor        Date

_Jauer_    2/8/05
Employee        Date

Appraiser's Supervisor        Date

**Note:** Employee's signature does not signify agreement, but only that the appraisal was reviewed with the employee.

LW001654

# Quality Assessment

Refer to the Quality Factors Chart and indicate the rating for each Quality Factor (1-Unsatisfactory, 2-Needs Improvement, 3-Meets Expectations, 4-Highly Effective, 5-Outstanding Performance). Describe the employee's demonstrated strengths and areas for improvement for the evaluation period.

| Quality Factor | Rating |
|---|---|
| **Job Knowledge**<br><br>Adheres to approved recruitment methods and practices. Knows the products. Understands fellow enrollment and education department functions and objectives. Uses the enrollment systems and technology correctly.<br><br>**Strengths:** Lynn uses technology effectively and manages her inquiries effectively through the use of technology. Lynn also applies organizational policy and procedure correctly and in a timely manner. She has a good understanding of the role of the ADA and is knowledgeable of the programs, services and the enrollment systems of AIO.<br><br>**Areas for Improvement:** Lynn has satisfactory job knowledge but could improve her level of proficiency by sharing her job knowledge with others which will should improve her shared experiences and bring her overall job knowledge to a higher level. | 3 |
| **Business Practices and Ethics**<br><br>Demonstrates sound business ethics and business principles in serving prospective students and applicants, including reliability and achievement with Compliance/FAQ test.<br><br>**Strengths:** Lynn conducts all activities in accordance with the highest ethical standards, and does her best to accurately and completely portray the school and its' educational programs, expected outcomes, student service and financial considerations to students, parents and educators. She adheres to all state, federal, accreditation and institute rules and regulations regarding student recruitment. She recognizes situations or directives that are directly or indirectly in conflict with the organization's stated values, and takes the appropriate action; encourages discussion of ethical consideration before decisions are made.<br><br>**Areas for Improvement:** Continue to act with the highest ethical standards and to place her students with the priority they deserve. For business practices I would like to see Lynn increase her weekly and daily activity. If she increases her overall activity her overall production will increase considerably. | 4 |
| **Professionalism**<br><br>Assists prospective students and applicants in a cooperative manner. Willing to assist students assigned to others. Displays a positive attitude in the work environment.<br><br>**Strengths:** Lynn usually maintains composure under stress and pressure of the position. She usually accepts responsibility and deals constructively with own mistakes, feedback and failure. She is tactful in dealing with criticism and opposing ideas, remaining objective and receptive to the views of others.<br><br>**Areas for Improvement:** I would like to see Lynn ask for more feedback and help to improve on certain areas. | 3 |
| **Customer Service**<br><br>Serves prospective students, applicants and fellow employees in a timely and accurate manner. Works to resolve issues and acts in a consultative sales role in achieving positive customer satisfaction and greater student persistence.<br><br>**Strengths:** Lynn shows a great deal of concern for her students and acts quickly to resolve problems for them during the enrollment process.<br><br>**Areas for Improvement:** Continue to fully understand all the departments that admissions interacts with and to become more proactive with and for her students. | 4 |
| **Initiative**<br><br>Evaluates, selects and appropriately acts on various methods and strategies for effectively and appropriately solving problems and meeting objectives before being asked or required to do so. Self-starting rather than passively complying with instructions or assignments.<br><br>**Strengths:** She demonstrates a good sense of urgency in managing her students. She actively works to resolve potential issues in bringing customer outcomes to their proper conclusion. She asks clarifying questions to identify customer's needs or expectations and talks easily with customers about their needs. She follows up with enrollments to ensure matriculation. In addition, she refers students to the appropriate department if he can not resolve the issue herself.<br><br>**Areas for Improvement:** Should work towards taking initiative in strengthening relationships of her own team and as we continue to grow would like to see Lynn as a mentor. Also she could be more influential in our team meetings and | 3 |

LW001655

# EDMC
**Education Management Corporation**

*Uncommon Skill Builds Careers*

## Salary and Performance Worksheet: 6-Month Evaluation

ADA Name: <u>Washington, Lynntova</u> HR-Employee Name: <u>Washington, Lynntova</u> Employee ID#: <u>47683</u> Location: <u>AiO</u>

Job Classification: <u>ADA</u>   Adjusted Hire Date: <u>6/1/2004</u>  ADA Hire Date: <u>6/1/2004</u> Evaluation: <u>12/1/2004</u>

### New Student Points

| Type of New Student | Points | |
|---|---|---|
| | Zone A | Zone B or C |
| General | 2 | 3 |
| Senior | 3 | 4 |
| International | 3 | 4 |
| CPD (including AiO) | 1 | 1 |
| AiO General, Senior or International | 3 | 3 |
| Inherited General, Senior or International | 1.5 | 1.5 |
| Inherited CPD | 0.5 | 0.5 |
| Inter-School Referral | 1 | 1 |

### Quality Factor Points

| | |
|---|---|
| Job Knowledge | 3 |
| Business Practices and Ethics | 4 |
| Professionalism | 3 |
| Customer Service | 4 |
| Initiative | 3 |

Total Quality Factor Points    17

*Your quality factor evaluation means you have earned a salary increase of 3%.*

### Salary Summary

| | | |
|---|---|---|
| Current Salary | $ | 35,000 |
| Quality Points Salary Increase | $ | 1,050 |
| Quality Points Calculated Salary | $ | 36,050 |

➡ **$36,050 will be your new salary effective 12/1/2004** ⬅

I have discussed this worksheet with my supervisor.

Employee Signature _____   Date  2/8/05

Supervisor Signature _____   Date  2/9/05

President/Human Resources Director Signature _____   Date

EDMC

6-Month Eval Salary and Performance Worksheet

LW001656

# EDMC
Education Management Corporation

*Education that Builds Careers*



# Performance Evaluation and Planning Form

## for Assistant and Associate Directors of Admissions



LW001657

# Performance Evaluation and Goal Setting

### Specific Goals Evaluation

| Goals for Most Recent Past Period | Evaluation of Results |
|---|---|
| Increase PDRs from to min of 1 per week<br>Improve average interviews conducted /week from 5.2 to 9<br>Improve average applications /week from 2 to 3 | Total of 15 PDR's for the period of 12/1/04–6/1/05<br>Average number of interviews per week 5.4<br>Average number of applications per week 2.2 |

### Career Development

| Goals for Most Recent Past Period | Evaluation of Results |
|---|---|
| n/a | |

Goal Setting for Upcoming Period:     June 1st, 2005     to     December 1st, 2005

**Development Recommendations:** Development plans should be stated as specific action plans that will be taken by the employee over the next performance period to enhance job performance. A development plan should be written for any areas where performance for the previous period was less effective than it could have been, or where there are behavioral shortcomings. Indicate any special training that will be needed.

| Improvement Areas: | Action Plans: |
|---|---|
| Maintain an interview show rate of 84% or higher<br>Continue to maintain Commit Rate at 28% or higher<br>Continue to maintain net conversion to 4.6-5%<br>Improve average appointments sets to 15 per week<br>Improve average interviews conducted /week from 5.4 to 12-15 per week<br>Improve average applications /week from 2.2 to 3<br>Increase PDR's to 2 per week | |

**Career Interests and Goals:** Summary of employee's career interests and specific plans to prepare for advancement, if appropriate. This should be representative of the employee's views only.

LW001658

Comments: Add any comments by either the supervisor or employee regarding the performance review.

# Quality Assessment

Refer to the Quality Factors Chart and indicate the rating for each Quality Factor (1-Unsatisfactory, 2-Needs Improvement, 3-Meets Expectations, 4-Highly Effective, 5-Outstanding Performance). Describe the employee's demonstrated strengths and areas for improvement for the evaluation period.

| Quality Factor | Rating |
|---|---|
| **Job Knowledge** | 3 |
| Adheres to approved recruitment methods and practices. Knows the products. Understands fellow enrollment and education department functions and objectives. Uses the enrollment systems and technology correctly. | |
| **Strengths:** Lynn uses technology effectively and manages her inquiries effectively through the use of technology. Lynn also applies organizational policy and procedure correctly and in a timely manner. She has a good understanding of the role of the ADA and is knowledgeable of the programs, services and the enrollment systems of AIO. | |
| **Areas for Improvement:** Lynn has a good grasp of the ADA position along with good product and job knowledge. She could improve her level of proficiency by sharing her job knowledge with others which will should improve her shared experiences and bring her overall job knowledge to a higher level. *document assisting others* | |
| **Business Practices and Ethics** | 3 |
| Demonstrates sound business ethics and business principles in serving prospective students and applicants, including reliability and achievement with Compliance/FAQ test. | |
| **Strengths:** Lynn conducts all activities in accordance with the highest ethical standards, and does her best to accurately and completely portray the school and its' educational programs, expected outcomes, student service and financial considerations to students, parents and educators. She adheres to all state, federal, accreditation and institute rules and regulations regarding student recruitment. She recognizes situations or directives that are directly or indirectly in conflict with the organization's stated values, and takes the appropriate action; encourages discussion of ethical consideration before decisions are made. | ating  3 |
| **Areas for Improvement:** Continue to act with the highest ethical standards and to place her students with the priority they deserve. For business practices I would like to see Lynn increase her weekly and daily activity. If she increases her overall activity her overall production will increase considerably. | |
| **Professionalism** | 3 |
| Assists prospective students and applicants in a cooperative manner. Willing to assist students assigned to others. Displays a positive attitude in the work environment. | |
| **Strengths:** Lynn usually maintains composure under stress and pressure of the position. She usually accepts responsibility and deals constructively with own mistakes, feedback and failure. | |
| **Areas for Improvement:** : As we continue to change, Lynn could be more vocal with her co-workers about the positive changes that are taking place. Lynn is a well respected member of our team and she could help our team deal with change in a more positive manner. | 3 |
| **Customer Service** | ating  3 |
| Serves prospective students, applicants and fellow employees in a timely and accurate manner. Works to resolve issues and acts in a consultative sales role in achieving positive customer satisfaction and greater student persistence. | |
| **Strengths:** Lynn shows a great deal of concern for her students and acts quickly to resolve problems for them during the | |

3

LW001659

enrollment process.

**Areas for improvement:** Continue to fully understand all the departments that admissions interacts with and to become more proactive with and for her students.

| | |
|---|---|
| **Initiative** | **3** |
| Evaluates, selects and appropriately acts on various methods and strategies for effectively and appropriately solving problems and meeting objectives before being asked or required to do so. Self-starting rather than passively complying with instructions or assignments. | |
| **Strengths:** She demonstrates a good sense of urgency in managing his students. She actively works to resolve potential issues in bringing customer outcomes to their proper conclusion. She asks clarifying questions to identify customer's needs or expectations and talks easily with customers about their needs. She follows up with enrollments to ensure matriculation. In addition, she refers students to the appropriate department if he can not resolve the issue herself. | |
| **Areas for improvement:** Lynn should work towards taking initiative in strengthening relationships of her own team. As we continue to grow, would like to see Lynn as a mentor and informal leader on our team. Lynn could be more influential in our team meetings and amongst her peers. | |
| **Total Quality Points** | **16** |

Signatures:

| | | | |
|---|---|---|---|
| Supervisor | Date | Appraiser's Supervisor | Date |
| Employee | Date | | |

LW001660

# EDMC
Education Management Corporation

*Education that Builds Careers*

## Salary and Performance Worksheet: 12-Month Evaluation

**ADA Name:** Washington, Lynniova     **Employee ID#:** 47683     **Location:** AiO

**Job Classification:** ADA     **Hire Date:** 06/01/2004     **Evaluation:** 06/01/2005

### New Student Points:

**Points:** 109     **Total New Students:** 37

| | New Students | | Points | | | New Students | | Points | |
|---|---|---|---|---|---|---|---|---|---|
| CPD | 0 | X | 1 = | 0 | Zone C General | 0 | X | 3 = | 0 |
| Zone A General | 6 | X | 3 = | 18 | Zone C Senior | 0 | X | 3 = | 0 |
| Zone A Senior | 0 | X | 3 = | 0 | Zone C International | 0 | X | 3 = | 0 |
| Zone A International | 1 | X | 3 = | 3 | Inter-School Referrals (non-CPD) | 1 | X | 1 = | 1 |
| Zone B General | 27 | X | 3 = | 81 | | | | | |
| Zone B Senior | 2 | X | 3 = | 6 | | | | | |
| Zone B International | 0 | X | 3 = | 0 | | | | | |

### Quality Factor Points:

| | |
|---|---|
| Job Knowledge | 3 |
| Business Practices and Ethics | 3 |
| Professionalism | 3 |
| Customer Service | 4 |
| Initiative | 3 |

**Total Quality Factor Points** 16

### Salary Summary:     Current Salary $ 36,060

| *Quality Factor Points Salary* | | **vs.** | *New Student/Quality Factor Point Salary* | |
|---|---|---|---|---|
| Quality Points Salary increase (3% increase) | $ 1,082 | | New Students/Quality Points Salary | $ 32,000 |
| | | | Years of Service Adjustment: 1 | $ 0 |
| | | | Labor Market Adjustment: 0% | $ 0 |
| Quality Points Calculated Salary | $ 37,132 | vs. | New Student/Quality Point Calculated Salary | $ 32,000 |

➡ **$37,132 will be your new salary effective   06/01/2005** ⬅

I have discussed this worksheet with my supervisor.

Employee Signature _____     Date _____

Supervisor Signature _____     Date _____

President/Human Resources Director Signature _____     Date _____

EDMC     12-month Salary and Performance Worksheet

LW001661

# EDMC

Education Management Corporation

*Education that Builds Careers*



# Performance Evaluation and Planning Form

## for Assistant and Associate Directors of Admissions

| Name: | | Location: | |
|---|---|---|---|
| Employee ID #: | | Supervisor: | Job: Acting ADOA Project Associate Dir. for Part-time Student Dev. |
| Evaluation Period: | April 31, 2008 | Manager Level: | |

LW001662

# Performance Evaluation and Goal Setting

(Goals should be both quantitative and qualitative.)

### Specific Goals Evaluation

| Goals for Most Recent Past Period | Evaluation of Results |
|---|---|
|  |  |

### Career Development

| Goals for Most Recent Past Period | Evaluation of Results |
|---|---|
|  |  |

Goal Setting for Upcoming Period: _____   to   _____

**Development Recommendations:** Development plans should be stated as specific action plans that will be taken by the employee over the next performance period to enhance job performance. A development plan should be written for any areas where performance for the previous period was less effective than it could have been, or where there are behavioral shortcomings. Indicate any special training that will be needed.

| Improvement Areas: | Action Plans: |
|---|---|
| Increase PDRs from .80 to min of 1 per week<br>Improve average interviews conducted week from 6.4 to 12<br>Improve average applications /week from 1.8 to 3<br>Improve on weekly call volume to 250 calls a week<br>Improve on weekly talk time to 12 hrs a week |  |

**Career Interests and Goals:** Summary of employee's career interests and specific plans to prepare for advancement, if appropriate. This should be representative of the employee's views only.

|  |
|---|
|  |

**Comments:** Add any comments by either the supervisor or employee regarding the performance review.

|  |
|---|
|  |

LW001663

# Quality Assessment

Refer to the Quality Factors Chart and indicate the rating for each Quality Factor (1-Unsatisfactory, 2-Needs Improvement, 3-Meets Expectations, 4-Highly Effective, 5-Outstanding Performance). Describe the employee's demonstrated strengths and areas for improvement for the evaluation period.

| Quality Factor | Rating |
|---|---|
| **Job Knowledge**<br><br>Adheres to approved recruitment methods and practices. Knows the products. Understands fellow enrollment and education department functions and objectives. Uses the enrollment systems and technology correctly.<br><br>**Strengths:**<br><br>Lynn uses technology effectively and manages her inquiries effectively through the use of technology. Lynn also applies organizational policy and procedure correctly and in a timely manner. Has a good understanding of the role of the ADA and is knowledgeable of the programs, services and the enrollment systems of AIO.<br><br>**Areas for improvement:**<br><br>Needs to manage leads more effectively in order to improve weekly results. Need to become better versed in follow up to improve start rate. | 4 |
| **Business Practices and Ethics**<br><br>Demonstrates sound business ethics and business principles in serving prospective students and applicants, including achievement on the Compliance/FAQ test.<br><br>**Strengths:**<br><br>Lynn always accurately and completely portrays the school's educational programs, expected outcomes, student services and financial considerations to students, parents and educators. She always adheres to all state, federal, accreditation and institute rules and regulations regarding student recruitment. She also encourages others to comply.<br><br>**Areas for improvement:**<br><br>None at this time. | 5 |
| **Professionalism**<br><br>Assists prospective students and applicants in a cooperative manner. Willing to assist students assigned to others. Displays a positive attitude in the work environment.<br><br>**Strengths:**<br><br>Lynn usually maintains composure under stress and pressure of the job. She accepts responsibility and deals constructively with own mistakes, feedback and failure. She usually responds tactfully to criticism and opposing ideas, remaining objective and receptive to the views of others. Lynn seeks full understanding of new procedures or methods resulting from changes.<br><br>**Areas for improvement:**<br><br>Needs to improve on hitting minimum performance standards on a weekly and monthly basis | 4 |
| **Customer Service**<br><br>Serves prospective students, applicants and fellow employees in a timely and accurate manner. Works to resolve issues and acts in a consultative sales role in achieving positive customer satisfaction.<br><br>**Strengths:**<br><br>Lynn has a good sense of urgency in managing customers. She actively works to resolve potential issues in brining customers to their proper conclusion. She looks for creative approaches to providing or improving services to her students. She also works to remove potential barriers that get in the way of giving students top-notch service.<br><br>**Areas for improvement:**<br><br>Lynn can work to improve his relationships with other admission departments. By working more closely with the AC and SFS team she can help improve the overall student experience. | 5 |
| **Initiative**<br><br>Evaluates, selects and appropriately acts on various methods and strategies for effectively and appropriately solving problems and | |

LW001664

meeting objectives before being asked or required to do so.  Self-starting rather than passively complying with instructions or assignments.

**Strengths:**
She actively works to resolve potential issues in bringing customer outcomes to their proper conclusion.  Asks clarifying questions to identify customer's needs or expectations and talks easily with customers about their needs.  Follows up with enrollments to ensure matriculation.  In addition, she refers students to the appropriate department if she can not resolve the issue her self.

**Areas for Improvement:**

An area that Lynn could improve upon is to challenge other ADA's to follow her example and develop new potential leaders out of our team.  I would also like Lynn to play a more active role in the development of other members on the DOA team not only the ADA's that she is leading.

| | |
|---|---|
| | **4** |

| | |
|---|---|
| **Total Quality Points** | **22** |

Signatures:

_____          _____          _____          _____
Supervisor                                          Date                              Appraiser's Supervisor                         Date

_____          _____
Employee                                           Date

Note:  Employee's signature does not signify agreement, but only that the appraisal was reviewed with the employee.

LW001665

# EDMC
Education Management Corporation

*Education that Builds Careers*

## Salary and Performance Worksheet: JANUARY 1, 2006 EVALUATION

**ADA Name:** Washington, Lynntoya     **Employee ID#:** 47683     **Location:** AiO

**Job Classification:** ADA     **Hire Date:** 06/01/2004     **Evaluation:** 1/1/2006

### New Student Summary:

Points: 167     Total New Students: 57

**Total New Students by Monthly Session:**

| Nov 04 | Jan 05 | Feb 05 | Apr 05 | May 05 | Jul 05 | Aug 05 | Oct 05 |
|---|---|---|---|---|---|---|---|
| 0 | 15 | 11 | 8 | 7 | 5 | 7 | 12 |

| Total for All Starts: | New Studs | | | Pts |
|---|---|---|---|---|
| CPD | 0 | X | 1 = | 0 |
| Zone A General | 8 | X | 3 = | 24 |
| Zone A Senior | 0 | X | 3 = | 0 |
| Zone A International | 2 | X | 3 = | 6 |
| Zone B General | 44 | X | 3 = | 132 |
| Zone B Senior | 1 | X | 3 = | 3 |
| Zone B International | 0 | X | 3 = | 0 |

| | New Studs | | | Pts |
|---|---|---|---|---|
| Zone C General | 0 | X | 3 = | 0 |
| Zone C Senior | 0 | X | 3 = | 0 |
| Zone C International | 0 | X | 3 = | 0 |
| Inter-School Referrals (non-CPD) | 2 | X | 1 = | 2 |

## Redacted

### Quality Factor Points:

| | |
|---|---|
| Job Knowledge | 4 |
| Business Practices and Ethics | 5 |
| Professionalism | 4 |
| Customer Service | 5 |
| Initiative | 4 |
| **Total** | **22** |

### New Student/Quality Factor Point Salary

| | | |
|---|---|---|
| New Students/Quality Points Salary: | $ | 41,000 |
| Years of Service Adjustment: | 1   $ | 0 |
| Labor Market Adjustment: | 0%   $ | 0 |
| New Student/Quality Point Calculated Salary | $ | 41,000 |

### Salary Protection Data:

| | |
|---|---|
| Ranking Index: | 3,674 |
| Protection Level: | 90% |

| | | |
|---|---|---|
| Current Salary (As of 7/1/2005): | $ | 37,132 |
| Protected Salary Calculation (if applicable): | $ | |
| *Your New Salary Effective January 1, 2006* | $41,000 | |

I have discussed this worksheet with my supervisor.

Employee Signature       Date

Supervisor Signature       Date

President/Human Resources Director Signature       Date

EDMC                          1/1/2006 Salary Review

LW001666

**EDMC**
Education Management Corporation

*Education And Society Careers*

Corrected
ISR

## Salary and Performance Worksheet: JANUARY 1, 2006 EVALUATION

ADA Name: Washington, Lynntoya          Employee ID#: 5E+04          Location: AIO

Job Classification: ADA          Hire Date: 6/1/2004          Evaluation: 1/1/2006

### New Student Summary:

Points: 168          Total New Students: 58

#### Total New Students by Months Session:

| Nov 04 | Jan 05 | Feb 05 | Apr 05 | May 05 | Jul 05 | Aug 05 | Oct 05 |
|--------|--------|--------|--------|--------|--------|--------|--------|
| 0 | 18 | 6 | | 7 | 5 | 7 | 12 |

#### Total for All Starts:

| | New Starts | | | Pts |
|---|---|---|---|---|
| CPD | 0 | X | 1 = | 0 |
| Zone A General | 8 | X | 3 = | 24 |
| Zone A Senior | 0 | X | 3 = | 0 |
| Zone A International | 2 | X | 3 = | 6 |
| Zone B General | 44 | X | 3 = | 132 |
| Zone B Senior | 1 | X | 3 = | 3 |
| Zone B International | 0 | X | 3 = | 0 |

| | New Starts | | | Pts |
|---|---|---|---|---|
| Zone C General | 0 | X | 3 = | 0 |
| Zone C Senior | 0 | X | 3 = | 0 |
| Zone C International | 0 | X | 3 = | 0 |
| Inter-School Referrals (non-CPD) | 3 | X | 1 = | 3 |

#### Quality Factor Points:

| | |
|---|---|
| Job Knowledge | 4 |
| Business Practices and Ethics | 5 |
| Professionalism | 4 |
| Customer Service | 5 |
| Initiative | 4 |
| Total | 22 |

#### New Student/Quality Factor Point Salary

| | | | |
|---|---|---|---|
| New Student/Quality Points Salary: | | $ | 41,080 |
| Years of Service Adjustment: | 1 | $ | 0 |
| Labor Market Adjustment: | 0% | $ | 0 |
| New Student/Quality Point Calculated Salary | | $ | 41,080 |

### Salary Protection Data:

| | |
|---|---|
| Ranking Index: | 3,886 |
| Protection Level: | 90 % |

| | | |
|---|---|---|
| Current Salary   (As of 7/1/2005): | $ | 37,132 |
| Protected Salary Calculation (if applicable): | $ | |
| "Your New Salary Effective January 1, 2006" | $ | 41,000 |

I have discussed this worksheet with my supervisor.

Employee Signature          Date

Supervisor Signature          Date

President/Human Resources Director Signature          Date

EDMC          1/1/2006 Salary Review

LW001667

# EDMC

Education Management Corporation

*Education that Builds Careers*

**The Art Institutes**

# Performance Evaluation and Planning Form

## for Assistant and Associate Directors of Admissions

| | | | |
|---|---|---|---|
| **Name:** | Lynntoya Washington | **Location:** | AIO |
| | | **Job Classification:** | o  Assistant DoA |
| **Employee ID #:** | 47683 | | o  Project Associate DoA |
| | | | o  Managing Associate DoA |
| **Evaluation Period:** | January 1, 2006 | to | June 30, 2006 |

LW001668

# Performance Evaluation and Goal Setting

(Goals should be both quantitative and qualitative.)

## Specific Goals Evaluation

| Goals for Most Recent Past Period | Evaluation of Results |
|---|---|
| Increase PDRs from .80 to min of 1 per week<br>Improve average interviews conducted week from 6.4 to 12<br>Improve average applications /week from 1.8 to 3 | PDR's fell to .38 per week<br><br>Average interviews fell to 5.6 per week<br><br>Weekly applications improved to 2.3 per week |

## Career Development

| Goals for Most Recent Past Period | Evaluation of Results |
|---|---|
| | |

## Goal Setting for Upcoming Period: _____ to _____

**Development Recommendations:** Development plans should be stated as specific action plans that will be taken by the employee over the next performance period to enhance job performance. A development plan should be written for any areas where performance for the previous period was less effective than it could have been, or where there are behavioral shortcomings. Indicate any special training that will be needed.

| Improvement Areas: | Action Plans: |
|---|---|
| Improve PDR'S to 1 per week<br>Improve average interviews to a minimum of 10 per week<br>Improve average applications to a minimum of 3 per week<br>Phone calls to average 300 per week | |

**Career Interests and Goals:** Summary of employee's career interests and specific plans to prepare for advancement, if appropriate. This should be representative of the employee's views only.

| |
|---|
| |

**Comments:** Add any comments by either the supervisor or employee regarding the performance review.

*Our leads have diminished in numbers & quality, as well as the fact that we have now been switched into programmatic recruitment. Therefore the recruitment strategy has strongly influenced my ability (lack) to interview students & potential to convert the interviews into applications. Essentially if the leads provided do not improve, I can expect my future evaluations and salary potential to be negatively affected. ~Lynn Washington*

LW001669

# Quality Assessment

Refer to the Quality Factors Chart and indicate the rating for each Quality Factor (1-Unsatisfactory, 2-Needs Improvement, 3-Meets Expectations, 4-Highly Effective, 5-Outstanding Performance). Describe the employee's demonstrated strengths and areas for improvement for the evaluation period.

| Quality Factor | Rating |
|---|---|
| **Job Knowledge**<br><br>Adheres to approved recruitment methods and practices. Knows the products. Understands fellow enrollment and education department functions and objectives. Uses the enrollment systems and technology correctly.<br><br>**Strengths:**<br><br>Lynn uses technology effectively and manages her inquiries effectively through the use of technology. Lynn also applies organizational policy and procedure correctly and in a timely manner. Has a good understanding of the role of the ADA and is knowledgeable of the programs, services and the enrollment systems of AIO.<br><br>**Areas for improvement:**<br><br>**None at this time** | 5 |
| **Business Practices and Ethics**<br><br>Demonstrates sound business ethics and business principles in serving prospective students and applicants, including achievement on the Compliance/FAQ test.<br><br>**Strengths:**<br><br>Lynn always accurately and completely portrays the school's educational programs, expected outcomes, student services and financial considerations to students, parents and educators. She always adheres to all state, federal, accreditation and institute rules and regulations regarding student recruitment. She also encourages others to comply.<br><br>**Areas for Improvement:**<br><br>**None at this time.** | 5 |
| **Professionalism**<br><br>Assists prospective students and applicants in a cooperative manner. Willing to assist students assigned to others. Displays a positive attitude in the work environment.<br><br>**Strengths:**<br><br>Lynn usually maintains composure under stress and pressure of the job. She accepts responsibility and deals constructively with own mistakes, feedback and failure. She usually responds tactfully to criticism and opposing ideas, remaining objective and receptive to the views of others. Lynn seeks full understanding of new procedures or methods resulting from changes.<br><br>**Areas for improvement:**<br><br>**None at this time** | 5 |
| **Customer Service**<br><br>Serves prospective students, applicants and fellow employees in a timely and accurate manner. Works to resolve issues and acts in a consultative sales role in achieving positive customer satisfaction.<br><br>**Strengths:**<br><br>Lynn has a good sense of urgency in managing customers. She actively works to resolve potential issues in brining customers to their proper conclusion. She looks for creative approaches to providing or improving services to her students. She also works to remove potential barriers that get in the way of giving students top-notch service.<br><br>**Areas for improvement:**<br><br>**None at this time** | 5 |
| **Initiative**<br><br>Evaluates, selects and appropriately acts on various methods and strategies for effectively and appropriately solving problems and meeting objectives before being asked or required to do so. Self-starting rather than passively complying with instructions or assignments. | |

LW001670

| | |
|---|---|
| **Strengths:**<br>She actively works to resolve potential issues in bringing customer outcomes to their proper conclusion. Asks clarifying questions to identify customer's needs or expectations and talks easily with customers about their needs. Follows up with enrollments to ensure matriculation. In addition, she refers students to the appropriate department if she can not resolve the issue her self.<br><br>**Areas for improvement:**<br>Lynn needs to improve on her weekly as well as start numbers. She needs to hit the minimum performance standards that are set throughout AIO. This would include calls, PDR's, interviews and applications. Lynn needs to ensure that she is 100%+ of her new student plan. In addition, goals for past period were not met in the area of average PDR's per week along with average interviews per week. | **3** |
| **Total Quality Points** | **23** |

Signatures:

_____   Supervisor

_____   Employee

7/12/06   Date

7/12/06   Date

_____   Appraiser's Supervisor     _____   Date

Note: Employee's signature does not signify agreement, but only that the appraisal was reviewed with the employee.

LW001671

# EDMC
Education Management Corporation

*Education that Builds Careers*

The A Consultants

## Salary and Performance Worksheet: JULY 1, 2006 EVALUATION

**ADA Name:** Washington, Lynntoya          **Employee ID#:** 47683          **Location:** AiO

**Job Classification:** ADA          **Hire Date:** 6/1/2004          **Evaluation:** 7/1/2006

### New Student Summary:

**Points:** 188          **Total New Students:** 64

| Total New Students by Monthly Session: | | | | | | | |
|---|---|---|---|---|---|---|---|
| May 05 | Jul 06 | Aug 05 | Oct 05 | Nov 06 | Jan 06 | Feb 06 | Apr 06 |
| 7 | 5 | 5 | 12 | 3 | 11 | 5 | 12 |

| Total for All Starts: | New Stude | | Pts | | New Stude | | Pts |
|---|---|---|---|---|---|---|---|
| CPD | 0 | X 1 = | 0 | Zone C General | 0 | X 3 = | 0 |
| Zone A General | 6 | X 3 = | 18 | Zone C Senior | 0 | X 3 = | 0 |
| Zone A Senior | 0 | X 3 = | 0 | Zone C International | 0 | X 3 = | 0 |
| Zone A International | 1 | X 3 = | 3 | Inter-School Referrals (non-CPD) | 2 | X 1 = | 2 |
| Zone B General | 53 | X 3 = | 159 | | | | |
| Zone B Senior | 2 | X 3 = | 6 | | | | |
| Zone B International | 0 | X 3 = | 0 | | | | |

### Quality Factor Points:

| | |
|---|---|
| Job Knowledge | 5 |
| Business Practices and Ethics | 5 |
| Professionalism | 5 |
| Customer Service | 5 |
| Initiative | 3 |
| **Total** | **23** |

#### New Student/Quality Factor Point Salary

| | | |
|---|---|---|
| New Students/Quality Points Salary: | | $ 48,000 |
| Years of Service Adjustment: | 1 | $ 0 |
| Labor Market Adjustment: | 0% | $ 0 |
| New Student/Quality Point Calculated Salary | | $ 48,000 |

### Salary Protection Data:

| | |
|---|---|
| Ranking Index: | 4,324 |
| Protection Level: | 95 % |

**Current Salary** (As of 1/1/2006): $ 41,000

**Protected Salary Calculation (if applicable):** $

**\*Your New Salary Effective July 1, 2006\*:** $48,000

I have discussed this worksheet with my supervisor.

Employee Signature _[signature]_          Date 7/12/06

Supervisor Signature _[signature]_          Date 7/12/06

President/Human Resources Director Signature          Date

EDMC

7/1/2006 Salary Review

LW001672