# EXHIBIT 11

# EXHIBIT 31

**EDMC**
Education Management Corporation

*Education that Builds Careers*

**The Art Institutes**

**AiO**      **AiO**      **Date of Hire:**

| **Quarterly Data -10/25/04** | Winter | Spring | Summer | Fall | AYTD | AY Total |
|---|---|---|---|---|---|---|
| **New Students** | | | | | | |
| Plan | 280 | 215 | 450 | 810 | 1,755 | 1,755 |
| Actual | 352 | 455 | 428 | 691 | 1,926 | |
| Last Year | 152 | 152 | 243 | 376 | 923 | 923 |
| % of Plan | 125.7% | 211.6% | 95.1% | 85.3% | 109.7% | |
| % B(W) LY | 131.6% | 199.3% | 76.1% | 83.8% | 108.7% | |
| Inheriteds TY | | | | | | 0 |
| Inheriteds LY | | | | | | 0 |
| **Original Gross Apps** | | | | | | |
| Plan | 519 | 391 | 928 | 1,688 | 3,526 | 3,526 |
| Actual | 756 | 909 | 870 | 1,530 | 4,065 | |
| Last Year | 288 | 313 | 481 | 801 | 1,883 | 1,883 |
| % of Plan | 145.7% | 232.5% | 93.8% | 90.6% | 115.3% | |
| % B(W) LY | 162.5% | 190.4% | 80.9% | 91.0% | 115.9% | |
| **Start Rate %** | | | | | | |
| Plan | 53.9 % | 55.0 % | 48.5 % | 48.0 % | 49.8% | 49.8% |
| Actual | 46.6% | 50.1% | 49.2% | 45.2% | 47.4% | |
| Last Year | 52.8% | 48.6% | 50.5% | 46.9% | 49.0% | 49.0% |
| % points B(W) Plan | -7.4 % | -4.9 % | 0.7 % | -2.8 % | -2.4% | |
| % points B(W) LY | -6.2% | 1.5% | -1.3% | -1.8% | -1.6% | |

| **Apps for Future Start Dates** (as of end of Sep) | Winter | Spring | Summer | Fall |
|---|---|---|---|---|
| Original App Actual | 223 | 23 | 2 | 1512 |
| Active App Actual | 228 | 26 | 6 | 924 |

**Monthly Data - 9/27/04**

| **Production Data** | Inqs | Appts | Intvs | Apps |
|---|---|---|---|---|
| AY03 Yr End Actual | 42,014 | 10,364 | 6,193 | 1,805 |
| July AY04 | 15,466 | 2,425 | 1,709 | 399 |
| August AY04 | 10,034 | 2,964 | 2,095 | 518 |
| September AY04 | 11,892 | 2,696 | 1,865 | 487 |
| 3 Month Average | 12,464 | 2,695 | 1,890 | 468 |

| **Conversion Data** | Set Rate | Show Rate | Commit Rate | Conv Rate |
|---|---|---|---|---|
| AY03 Yr End Actual | 25% | 60% | 29% | 4.3% |
| July AY04 | 16% | 70% | 23% | 2.6% |
| August AY04 | 30% | 71% | 25% | 5.2% |
| September AY04 | 23% | 69% | 26% | 4.1% |
| 3 Month Average | 22% | 70% | 25% | 3.8% |

| **Plan and Performance Measures** | September AY04 | | Adms Year to Date | |
|---|---|---|---|---|
| | Plan | Actual | Plan | Actual |
| Monthly Gross Applications | 569 | 487 | 3,325 | 4,170 |
| 3 Month Average Applications | na | na | 520 | 468 |
| PDR Inquiries | 432 | 50 | 3,664 | 330 |

LW002401