# EXHIBIT 13

# Delaware

The First State

Page 1

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "EDUCATION MANAGEMENT HOLDINGS II LLC" AS RECEIVED AND FILED IN THIS OFFICE.*

*THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:*

*CERTIFICATE OF FORMATION, FILED THE THIRD DAY OF OCTOBER, A.D. 2014, AT 12:42 O`CLOCK P.M.*

*CERTIFICATE OF AMENDMENT, CHANGING ITS NAME FROM "NEW EDUCATION MANAGEMENT HOLDINGS LLC" TO "EDUCATION MANAGEMENT HOLDINGS II LLC", FILED THE THIRTEENTH DAY OF OCTOBER, A.D. 2014, AT 3:10 O`CLOCK P.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "EDUCATION MANAGEMENT HOLDINGS II LLC".*



Jeffrey W. Bullock, Secretary of State

5615168  8100H
SR# 20221252813

Authentication: 203061875
Date: 03-31-22

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:07 PM 10/03/2014
FILED 12:42 PM 10/03/2014
SRV 141255075 - 5615168 FILE

Case 20-50627-CTG    Doc 100-13    Filed 04/01/22    Page 3 of 4

# CERTIFICATE OF FORMATION

## OF

## NEW EDUCATION MANAGEMENT HOLDINGS LLC

### Dated as of October 3, 2014

This Certificate of Formation of New Education Management Holdings LLC (the "LLC"), dated as of October 3, 2014, is being duly executed and filed by Peter B. Zuckerman, as an authorized person, to form a limited liability company under the Delaware Limited Liability Company Act (6 Del.C. § 18-101, et seq.).

**FIRST.** The name of the limited liability company formed hereby is:

New Education Management Holdings LLC

**SECOND.** The address of the registered office of the LLC in the State of Delaware is 2711 Centerville Road, Suite 400 in the City of Wilmington, County of New Castle. The name of its registered agent at such address is Corporation Service Company.

This Certificate of Formation shall be effective when received by the Secretary of State of the State of Delaware.

The undersigned, being the individual forming the limited liability company, has executed, signed and acknowledge this Certificate of Formation this 3rd day of October, 2014.

By: /s/ Peter B. Zuckerman
Name: Peter B. Zuckerman
Title: Authorized Person

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 03:31 PM 10/13/2014*
*FILED 03:10 PM 10/13/2014*
*SRV 141286427 - 5615168 FILE*

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1. Name of Limited Liability Company: 
   New Education Management Holdings LLC

2. The Certificate of Formation of the limited liability company is hereby amended as follows:

   FIRST. The name of the limited liability company formed hereby is:

   Education Management Holdings II LLC

**IN WITNESS WHEREOF**, the undersigned have executed this Certificate on the 13th day of October, A.D. 2014.

By: *[signature]*
Authorized Person(s)

Name: Susan Minahan
Print or Type