# EXHIBIT 14

# Delaware
### The First State

Page 1

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "EDUCATION MANAGEMENT II LLC" AS RECEIVED AND FILED IN THIS OFFICE.*

*THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:*

*CERTIFICATE OF FORMATION, FILED THE THIRD DAY OF OCTOBER, A.D. 2014, AT 12:42 O`CLOCK P.M.*

*CERTIFICATE OF AMENDMENT, CHANGING ITS NAME FROM "NEW EDUCATION MANAGEMENT LLC" TO "EDUCATION MANAGEMENT II LLC", FILED THE THIRTEENTH DAY OF OCTOBER, A.D. 2014, AT 3:12 O`CLOCK P.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "EDUCATION MANAGEMENT II LLC".*



Jeffrey W. Bullock, Secretary of State

5615171  8100H  
SR# 20221262429

Authentication: 203066615  
Date: 03-31-22

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:07 PM 10/03/2014
FILED 12:42 PM 10/03/2014
SRV 141255087 - 5615171 FILE

Case 20-50627-CTG    Doc 100-14    Filed 04/01/22    Page 3 of 4

# CERTIFICATE OF FORMATION

## OF

## NEW EDUCATION MANAGEMENT LLC

### Dated as of October 3, 2014

This Certificate of Formation of New Education Management LLC (the "LLC"), dated as of October 3, 2014, is being duly executed and filed by Peter B. Zuckerman, as an authorized person, to form a limited liability company under the Delaware Limited Liability Company Act (6 Del.C. § 18-101, et seq.).

**FIRST.** The name of the limited liability company formed hereby is:

New Education Management LLC

**SECOND.** The address of the registered office of the LLC in the State of Delaware is c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808, County of New Castle. The name of its registered agent at such address is Corporation Service Company.

This Certificate of Formation shall be effective when received by the Secretary of State of the State of Delaware.

The undersigned, being the individual forming the limited liability company, has executed, signed and acknowledge this Certificate of Formation this 3rd day of October, 2014.

By: _____
Name: Peter B. Zuckerman
Title: Authorized Person

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:31 PM 10/13/2014
FILED 03:12 PM 10/13/2014
SRV 141286441 - 5615171 FILE

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1. Name of Limited Liability Company: New Education Management LLC

2. The Certificate of Formation of the limited liability company is hereby amended as follows:

```
FIRST. The name of the limited liability company
formed hereby is:

Education Management II LLC
```

**IN WITNESS WHEREOF,** the undersigned have executed this Certificate on the 13th day of October, A.D. 2014.

By: _Susan Minahan_
Authorized Person(s)

Name: Susan Minahan
Print or Type