# EXHIBIT 15

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| District of <u>Delaware</u> (State) |
| Case number (If known): <u>18-11501</u> Chapter <u>7</u> |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  Education Management Holdings II LLC

2. **All other names debtor used in the last 8 years**  New Education Management Holdings LLC

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  47-2042529

4. **Debtor's address**

   Principal place of business

   Number   Street
   210 Sixth Avenue, 3rd Floor

   Pittsburgh, PA 15222
   City   State   ZIP Code

   Allegheny
   County

   Mailing address, if different from principal place of business

   Number   Street
   P.O. Box

   City   State   ZIP Code

   Location of principal assets, if different from principal place of business

   Number   Street

   City   State   ZIP Code

5. **Debtor's website (URL)**  edmc.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1