# EXHIBIT 16

<table>
<tr><td colspan="2">
**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of <u>Delaware</u>
(State)

Case number (*If known*): <u>18-11494</u> _____ Chapter <u>7</u> _____
</td>
<td>
☐ Check if this is an amended filing
</td></tr>
</table>

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Education Management II LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | New Education Management LLC<br>EDMC Online Higher Education |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-2042661 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| Number      Street<br>210 Sixth Avenue, 3rd Floor<br><br>Pittsburgh, PA 15222 | Number      Street<br><br>P.O. Box |
| City                          State      ZIP Code | City                      State      ZIP Code |
| ____Allegheny<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number      Street<br><br><br>City                      State      ZIP Code |

5. **Debtor's website** (URL)    edmc.com

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____