IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.*,[1]<br><br>                  Debtors. | Chapter 7<br>Case No. 18-11535 (CTG)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee,<br><br>                  Plaintiff,<br><br>                  v.<br><br>TODD S. NELSON, JOHN R. McKERNAN, SAMUEL C. COWLEY, EDWARD WEST, MARK A. McEACHEN, FRANK JALUFKA, J. DEVITT KRAMER, MARK NOVAD, JOHN DANIELSON, AND MICK BEEKHUIZEN,<br><br>                  Defendants. | Adv. Proc. No. 20-50627 (CTG)<br><br>**Re: D.I. 93, 95, 98, 101, 102** |

## REQUEST FOR ORAL ARGUMENT ON MOTIONS TO DISMISS

      Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, each of defendants Edward West, Mark A. McEachen, Frank Jalufka, J. Devitt Kramer, Mark Novad, John Danielson, and Mick Beekhuizen, by and through their respective undersigned counsel, respectfully requests oral argument on the following filed and fully-briefed motions to dismiss and requests in support thereof:

---

[1] Due to the large number of debtors in the above-captioned jointly-administered chapter 7 cases, a complete list of such debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information can be found at footnote 1 of the FAC.

1. *Motion to Dismiss the First Amended Complaint of Defendants John Devitt Kramer and Mark Novad* [D.I. 93]

2. *Request of John Devitt Kramer and Mark Novad to Take Judicial Notice in Support of Motion to Dismiss the First Amended Complaint* [D.I. 95]

3. *Motion of Defendants West and Beekhuizen to Dismiss the First Amended Complaint* [D.I. 98]

4. *Request of Defendants West and Beekhuizen for Judicial Notice in Support of Motion to Dismiss the First Amended Complaint* [D.I. 101]

5. *Defendants Mark McEachen, Frank Jalufka, and John Danielson's (I) Motion to Dismiss First Amended Complaint, or in the Alternative, (II) Motion for a More Definite Statement, (III) Motion to Extend Answer Deadline, and (IV) Joinder to Request for Judicial Notice* [D.I. 102]

Dated:  June 22, 2022

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ *Sean M. Beach* | /s/ *Marcos A. Ramos* |
| Sean M. Beach (No. 4070) | Marcos A. Ramos (No. 4450) |
| Kevin A. Guerke (No. 4096) | J. Zachary Noble (No. 6689) |
| Rodney Square | One Rodney Square |
| 1000 North King Street | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone:  (302) 571-6600 | Telephone:  (302) 651-7700 |
| Facsimile:  (302) 571-1253 | Facsimile:  (302) 651-7701 |
| E-mail: sbeach@ycst.com | Email: ramos@rlf.com |
|         kguerke@ycst.com |        noble@rlf.com |
| -and- | - and - |

| | |
|---|---|
| **PORTER WRIGHT MORRIS & ARTHUR LLP**<br><br>Thomas S. Jones (Pennsylvania ID #71636) (*pro hac vice*)<br>6 PPG Place, Third Floor<br>Pittsburgh, PA 15222<br>Telephone: (412) 235-4500<br>Email: tjones@porterwright.com<br><br>-and-<br><br>Andrew S. Nicoll (Ohio 0087156) (*pro hac vice*)<br>Syed Ahmadul Huda (Ohio 0098633) (*pro hac vice*)<br>Ryan L. Graham (Ohio 0093826) (*pro hac vice*)<br>41 South High Street, 29th Floor<br>Columbus, OH 43215<br>Telephone: (614) 227-2000<br>Facsimile: (614) 227-2100<br>Emails: anicoll@porterwright.com<br>        ahuda@porterwright.com<br>        rgraham@porterwright.com<br><br>*Counsel for Defendants J. Devitt Kramer and Mark Novad*<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>/s/ *Sean M. Beach*<br>Sean M. Beach (No. 4070)<br>Kevin A. Guerke (No. 4096)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>E-mail: sbeach@ycst.com<br>        kguerke@ycst.com<br><br>-and- | Michael L. Kichline, *pro hac vice*<br>Jeffrey J. Masters, *pro hac vice*<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1701 Market St.<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5000<br>Facsimile: (215) 963-5001<br>Email:<br>michael.kichline@morganlewis.com<br>        jeffrey.masters@morganlewis.com<br><br>- and -<br><br>Robert O'Leary, *pro hac vice*<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br>Email: bob.oleary@morganlewis.com<br><br>*Counsel for Defendants Edward West and Mick Beekhuizen* |

**SIDLEY AUSTIN LLP**

Chad S. Hummel, *pro hac vice*
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: 310-595-9500
Facsimile: 310-595-9501
E-mail: chummel@sidley.com

Sam Newman, *pro hac vice*
Stacy Horth-Neubert, *pro hac vice*
Anna Gumport, *pro hac vice*
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213-896-6000
Facsimile: 213-896-6600
E-mail: sam.newman@sidley.com
         shorthneubert@sidley.com
         agumport@sidley.com

*Counsel for Defendants Mark McEachen, Frank Jalufka, and John Danielson*