**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.*,<br><br>    Debtors. | Chapter 7<br><br>Case No. 18-11535 (CTG)<br><br>Jointly Administered |
| GEORGE L. MILLER, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>TODD S. NELSON, *et al.*,<br><br>    Defendants. | Adv. Pro. No. 20-50627 (CTG)<br><br>**Related Docket No. 117** |

## ORDER SCHEDULING ORAL ARGUMENT

The following motions are before the Court: (i) Motion to Dismiss the First Amended Complaint of Defendants John Devitt Kramer and Mark Novad [D.I. 93]; (ii) Motion of Defendants West and Beekhuizen to Dismiss the First Amended Complaint [D.I. 98]; and (iii) Defendants Mark McEachen, Frank Jalufka and John Danielson's Motion to Dismiss First Amended Complaint, or in the Alternative, Motion for a More Definite Statement [D.I. 102] (collectively, the "Motions"). Oral argument on the Motions is scheduled for **August 1, 2022 at 10:00 a.m.**

Dated: June 27, 2022

                                                      CRAIG T. GOLDBLATT
                                                      UNITED STATES BANKRUPTCY JUDGE