# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 7<br>Case No. 18-11535 (CTG)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>TODD S. NELSON, JOHN R. McKERNAN, SAMUEL C. COWLEY, EDWARD WEST, MARK A. McEACHEN, FRANK JALUFKA, J. DEVITT KRAMER, MARK NOVAD, JOHN DANIELSON, AND MICK BEEKHUIZEN,<br><br>　　　　　　　　　Defendants. | Adversary Proceeding<br>No. 20-50627 (CTG)<br><br>**Re: Adv. Docket No. 230** |

## CERTIFICATE OF SERVICE

I, Marcos A. Ramos, hereby certify that on August 24, 2022, I caused a copy of the following document to be served upon the parties on the attached service list in the manner indicated, and a copy of the following document was caused to be served upon all parties registered to receive electronic service via CM/ECF:

- Order on Motions to Dismiss [Adv. Docket No. 130]

　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Marcos A. Ramos*
　　　　　　　　　　　　　　　　　　　　　　　　　　Marcos A. Ramos (No. 4450)

RLF1 27876374v.1

## *SERVICE LIST*

| *Via Email*<br><br>Colin R. Robinson<br>PACHULSKI STANG ZIEHL<br>& JONES LLP<br>Email: crobinson@pszjlaw.com | *Via Email*<br><br>Steven M. Coren<br>Benjamin M. Mather<br>Andrew Belli<br>Janice Felix<br>KAUFMAN, COREN & RESS, P.C.<br>Email: scoren@kcr-law.com<br>          bmather@kcr-law.com<br>          abelli@kcr-law.com<br>          jfelix@kcr-law.com |
|---|---|
| *Via Email*<br><br>Sean M. Beach<br>YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br>Email: sbeach@ycst.com | *Via Email*<br><br>Syed Ahmad Huda<br>PORTER WRIGHT MORRIS<br>& ARTHUR LLP<br>Email: ahuda@porterwright.com |
| *Via Email*<br><br>Thomas S. Jones<br>PORTER WRIGHT MORRIS<br>& ARTHUR LLP<br>Email: tjones@porterwright.com | *Via Email*<br><br>Genevieve G. Weiner<br>Anna Gumport<br>Chad S. Hummel<br>SIDLEY AUSTIN LLP<br>Email: gweiner@sidley.com<br>          agumport@sidley.com<br>          chummel@sidley.com |
| *Via Email*<br><br>Jeffrey J. Masters<br>Michael L. Kichline<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Email: jeffrey.masters@morganlewis.com<br>          michael.kichline@morganlewis.com | |