# EXHIBIT A

September 30, 2017

EDUCATION MANAGEMENT CORPORATION AND SUBSIDIARIES



GYegal\EDMC September 30, 2017