# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11535 (CTG)<br><br>Jointly Administered |
| GEORGE L. MILLER, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>TODD S. NELSON, JOHN R. MCKERNAN, SAMUEL C. COWLEY, EDWARD WEST, MARK A. MCEACHEN, FRANK JALUFKA, J. DEVITT KRAMER, MARK NOVAD, JOHN DANIELSON, and MICK BEEKHUIZEN,<br><br>Defendants. | Adv. Proc. No. 20-50627 (CTG) |

## NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 9010-2 of the United States Bankruptcy Court for District of Delaware, the following counsel hereby withdraw their appearance for defendant Frank Jalufka in the above-captioned action:

| | |
|---|---|
| Sean M. Beach (No. 4070)<br>Kevin A. Guerke (No. 4096)<br>Young Conaway Stargatt & Taylor, LLP | Chad S. Hummel (admitted *pro hac vice*)<br>Sam Newman (admitted *pro hac vice*)<br>Stacy Horth-Neubert (admitted *pro hac vice*)<br>Genevieve Weiner (admitted *pro hac vice*)<br>Anna Gumport (admitted *pro hac vice*)<br>Sidley Austin LLP |

PLEASE TAKE FURTHER NOTICE that the following counsel are substituted as counsel for defendant Frank Jalufka in the above-captioned action:

---

[1] Due to the large number of debtors in the above-captioned chapter 7 cases, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information can be found in footnote 1 of the First Amended Complaint [D.I. 91].

                                                Jose F. Bibiloni (No. 6261)
                                                John E. Lucian (*pro hac vice* pending)
                                                1201 N. Market Street
                                                Suite 800
                                                Wilmington, DE 19801
                                                (302) 425-6400
                                                jose.bibiloni@blankrome.com
                                                john.lucian@blankrome.com

Dated: February 17, 2023

| BLANK ROME LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s Jose F. Bibiloni* | */s/ Sean M. Beach* |
| Jose F. Bibiloni (No. 6261) | Sean M. Beach (No. 4070) |
| John E. Lucian (*pro hac vice* pending) | Kevin A. Guerke (No. 4096) |
| 1201 N. Market Street | Rodney Square |
| Suite 800 | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 425-6400 | Telephone: (302) 571-6600 |
| Facsimile: (302) 425-6464 | Facsimile: (302) 571-1253 |
| Email: jose.bibiloni@blankrome.com | Email: sbeach@ycst.com |
|        john.lucian@blankrome.com |        kguerke@ycst.com |
| *Counsel to Frank Jalufka* | -and- |
| | SIDLEY AUSTIN LLP |
| | Chad S. Hummel (admitted *pro hac vice*) |
| | 1999 Avenue of the Stars, 17th Floor |
| | Los Angeles, CA 90067 |
| | Telephone: 310-595-9500 |
| | Facsimile: 310-595-9501 |
| | Email: chummel@sidley.com |
| | Sam Newman (admitted *pro hac vice*) |
| | Stacy Horth-Neubert (admitted *pro hac vice*) |
| | Genevieve Weiner (admitted *pro hac vice*) |
| | Anna Gumport (admitted *pro hac vice*) |
| | 555 West Fifth Street |
| | Los Angeles, CA 90013 |
| | Telephone: 213-896-6000 |
| | Facsimile: 213-896-6600 |
| | Email: sam.newman@sidley.com |
| |        shorthneubert@sidley.com |
| |        gweiner@sidley.com |
| |        agumport@sidley.com |
| | *Withdrawing Counsel to Frank Jalufka;* |
| | *Counsel to Mark A. McEachen and John Danielson* |