# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE ART INSTITUTE OF PHILADELPHIA LLC., *et al.*,[1] | Case No. 18-11535 (CTG) |
| Debtors. | Jointly Administered |
| GEORGE L. MILLER, Chapter 7 Trustee, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 20-50627 (CTG) |
| TODD S. NELSON, JOHN R. MCKERNAN, SAMUEL C. COWLEY, EDWARD WEST, MARK A. McEACHEN, FRANK JALUFKA, J. DEVITT KRAMER, MARK NOVAD, JOHN DANIELSON, and MICK BEEKHUIZEN, | |
| Defendants. | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Porter Wright Morris & Arthur LLP hereby withdraws its appearance as counsel to defendants J. Devitt Kramer and Mark Novad in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that Nelson Mullins Riley & Scarborough LLP hereby enters its appearance as counsel to defendants J. Devitt Kramer and Mark Novad in the above-captioned action as follows:

> Thomas S. Jones
> Carolyn B. McGee
> Timur Dikec
> Nelson Mullins Riley & Scarborough LLP
> Six PPG Place, Suite 700
> Pittsburgh, PA 15222

---

[1] Due to the large number of debtors in the above-captioned chapter 7 cases, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information can be found in footnote 1 of the First Amended Complaint [D.I. 91].

>Telephone: (412) 730-4050
>Facsimile: (412) 567-9241
>Email: thomas.jones@nelsonmullins.com
>carolyn.mcgee@nelsonmullins.com
>timur.dikec@nelsonmullins.com

PLEASE TAKE FURTHER NOTICE that Young Conaway Stargatt & Taylor, LLP continues to appear as counsel to defendants J. Devitt Kramer and Mark Novad.

Dated: March 10, 2023

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sean M. Beach
Sean M. Beach (No. 4070)
Kevin A. Guerke (No. 4096)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: sbeach@ycst.com
kguerke@ycst.com

-and-

NELSON MULLINS RILEY & SCARBOROUGH LLP
Thomas S. Jones (admitted *pro hac vice*)
Carolyn B. McGee (*pro hac vice* pending)
Timur Dikec (*pro hac vice* pending)
Six PPG Place, Suite 700
Pittsburgh, PA 15222
Telephone: (412) 730-4050
Facsimile: (412) 567-9241
Email: thomas.jones@nelsonmullins.com
carolyn.mcgee@nelsonmullins.com
timur.dikec@nelsonmullins.com

*Counsel to Defendants J. Devitt Kramer and Mark Novad*