# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.*,[2]<br><br>               *Debtors*. | Chapter 7<br><br>Case No. 18-11535 (CTG)<br><br>Jointly Administered |
| GEORGE L. MILLER, Chapter 7 Trustee,<br><br>               *Plaintiff*,<br>v.<br><br>TODD S. NELSON, *et al.*,<br><br>               *Defendants*. | Adv. Pro. No. 20-50627 (CTG) |

## CERTIFICATE OF SERVICE

---

[2] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): American Education Centers, Inc. (6160); Argosy Education Group, Inc. (5674); Argosy University of California LLC (1273); Brown Mackie College - Tucson, Inc. (4601); Education Finance III LLC (2533); Education Management LLC (6022); Education Management II LLC (2661); Education Management Corporation (9571); Education Management Holdings II LLC (2529); Higher Education Services II LLC (3436); Miami International University of Art & Design, Inc. (1065); South Education – Texas LLC (2573); South University of Florida, Inc. (9226); South University of Michigan, LLC (6655); South University of North Carolina LLC (9113); South University of Ohio LLC (9944); South University of Virginia, Inc. (9263); South University, LLC (7090); Stautzenberger College Education Corporation (4675); TAIC-San Diego, Inc. (1894); TAIC-San Francisco, Inc. (9487); The Art Institutes International Minnesota, Inc. (6999); The Art Institute of Atlanta, LLC (1597); The Art Institute of Austin, Inc. (3626); The Art Institute of California-Hollywood, Inc. (3289); The Art Institute of California-Inland Empire, Inc. (6775); The Art Institute of California - Los Angeles, Inc. (4215); The Art Institute of California-Orange County, Inc. (6608); The Art Institute of California-Sacramento, Inc. (6212); The Art Institute of Charleston, Inc. (6048); The Art Institute of Charlotte, LLC (4912); The Art Institute of Colorado, Inc. (3062); The Art Institute of Dallas, Inc. (9012); The Art Institute of Fort Lauderdale, Inc. (0255); The Art Institute of Houston, Inc. (9015); The Art Institute of Indianapolis, LLC (6913); The Art Institute of Las Vegas, Inc. (6362); The Art Institute of Michigan, Inc. (8614); The Art Institute of Philadelphia LLC (7396); The Art Institute of Pittsburgh LLC (7441); The Art Institute of Portland, Inc. (2215); The Art Institute of Raleigh-Durham, Inc. (8031); The Art Institute of St. Louis, Inc. (9555); The Art Institute of San Antonio, Inc. (4394); The Art Institute of Seattle, Inc. (9614); The Art Institute of Tampa, Inc. (6822); The Art Institute of Tennessee-Nashville, Inc. (5359); The Art Institute of Virginia Beach LLC (2784); The Art Institute of Washington, Inc. (7043); The Art Institutes International II LLC (9270); The Illinois Institute of Art at Schaumburg, Inc. (3502); The Illinois Institute of Art, Inc. (3500); The Institute of Post-Secondary Education, Inc. (0283); The New England Institute of Art, LLC (7798); The University of Sarasota, Inc. (5558); Western State University of Southern California (3875).

I, Peter J. Keane, hereby certify that on the 25th day of August, 2025, I caused a copy of the document listed below to be served on the individuals on the attached service list in the manner indicated:

- **NOTICE OF SERVICE REGARDING SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ Peter J. Keane*
        Peter J. Keane (DE Bar No. 5503)
        919 N. Market Street, 17th Floor, P.O. Box 8705
        Wilmington, DE 19899 (Courier 19801)
        Telephone:  (302) 652-4100
        Facsimile:   (302) 652-4400
        E-mail:pkeane@pszjlaw.com

        *Attorneys for Plaintiff*

Art Institute (Educ Mgt)
Adversary Service List
Trustee v Nelson, et al.,
Adv. Proc. 20-50627
Document No. 4859-3103-8606.6
23 - Electronic Mail

***ELECTRONIC MAIL***
*(Counsel to JD Kramer, M Novad)*
Thomas S. Jones, Esquire
PORTER WRIGHT MORRIS & ARTHUR LLP
6 PPG Place, Third Floor
Pittsburgh, PA 15222
**Email: tjones@porterwright.com**

***ELECTRONIC MAIL***
*(Counsel to JD Kramer, M Novad)*
Syed Ahmadul Huda, Esquire
PORTER WRIGHT MORRIS & ARTHUR LLP
41 South High Street, 29th Floor
Columbus, OH 43215
**Emails: ahuda@porterwright.com;**

***ELECTRONIC MAIL***
*(Counsel to Frank Jalufka)*
Jose F. Bibiloni, Esquire
John E. Lucian, Esquire
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
**Email: jose.bibiloni@blankrome.com**
      **john.lucian@blankrome.com**

***ELECTRONIC MAIL***
*(Counsel for Defendants J. Devitt Kramer and Mark Novad)*
Sean M. Beach, Esquire
Kevin A. Guerke, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
**Email: sbeach@ycst.com**
      **kguerke@ycst.com**

***ELECTRONIC MAIL***
*(Counsel for Defendants J. Devitt Kramer and Mark Novad)*
Thomas S. Jones, Esquire
Carolyn B. McGee, Esquire
Timur Dikec, Esquire
NELSON MULLINS RILEY & SCARBOROUGH LLP
Six PPG Place, Suite 700
Pittsburgh, PA 15222
**Email: thomas.jones@nelsonmullins.com**
      **carolyn.mcgee@nelsonmullins.com**
      **timur.dikec@nelsonmullins.com**

***ELECTRONIC MAIL***
*(Counsel to Defendants Mark A. McEachen and John Danielson)*
Eric B. Schwartz, Esquire
Anna Gumport, Esquire
Sam Newman, Esquire
Genevieve G. Weiner, Esquire
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
**Email: eschwartz@sidley.com**
      **agumport@sidley.com**
      **snewman@sidley.com**
      **gweiner@sidley.com**

***ELECTRONIC MAIL***
*(Counsel T. Nelson, S Cowley, J McKernan, E West, M Beekhuizen)*
Marcos A. Ramos, Esquire
Brett M. Haywood, Esquire
J. Zachary Noble, Esquire
Nicholas Franchi, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
**Email: ramos@rlf.com;**
  **haywood@rlf.com**
  **noble@rlf.com**
  **franchi@rlf.com**

***ELECTRONIC MAIL***
*(Counsel T. Nelson, S Cowley)*
Blanca F. Young, Esquire
J. Max Rosen, Esquire
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
**Email: Blanca.Young@mto.com**
  **Max.Rosen@mto.com**

***ELECTRONIC MAIL***
*(Counsel to T. Nelson, S Cowley)*
Joseph D. Lee, Esquire
Seth Goldman, Esquire
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
**Email: Joseph.Lee@mto.com;**
  **Seth.Goldman@mto.com**

***ELECTRONIC MAIL***
*(Counsel to John R. McKernan, Edward West, Mick Beekhuizen)*
MORGAN LEWIS & BOCKIUS LLP
Michael L. Kichline, Esquire
Jeffrey J. Masters, Esquire
1701 Market Street
Philadelphia, PA  19103
**Email:**
**Michael.kichline@morganlewis.com**
**jeffrey.masters@morganlewis.com**