# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.*,[1]<br><br><div align=center>Debtors.</div> | Chapter 7<br><br>Case No. 18-11535 (CTG)<br><br>Jointly Administered |
| GEORGE L. MILLER, Chapter 7 Trustee,<br><br><div align=center>Plaintiff,</div><br>v.<br><br>TODD S. NELSON, JOHN R. MCKERNAN, SAMUEL C. COWLEY, EDWARD WEST MARK A. MCEACHEN, FRANK JALUFKA, J. DEVITT KRAMER, MARK NOVAD, JOHN DANIELSON, AND MICK BEEKHUIZEN,<br><br><div align=center>Defendants.</div> | <u>JURY TRIAL DEMANDED</u><br><br><br><br>Adversary Proceeding<br>No. 20-50627 (CTG) |

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): American Education Centers, Inc. (6160); Argosy Education Group, Inc. (5674); Argosy University of California LLC (1273); Brown Mackie College - Tucson, Inc. (4601); Education Finance III LLC (2533); Education Management LLC (6022); Education Management II LLC (2661); Education Management Corporation (9571); Education Management Holdings II LLC (2529); Higher Education Services II LLC (3436); Miami International University of Art & Design, Inc. (1065); South Education – Texas LLC (2573); South University of Florida, Inc. (9226); South University of Michigan, LLC (6655); South University of North Carolina LLC (9113); South University of Ohio LLC (9944); South University of Virginia, Inc. (9263); South University, LLC (7090); Stautzenberger College Education Corporation (4675); TAIC-San Diego, Inc. (1894); TAIC-San Francisco, Inc. (9487); The Art Institutes International Minnesota, Inc. (6999); The Art Institute of Atlanta, LLC (1597); The Art Institute of Austin, Inc. (3626); The Art Institute of California-Hollywood, Inc. (3289); The Art Institute of California-Inland Empire, Inc. (6775); The Art Institute of California - Los Angeles, Inc. (4215); The Art Institute of California-Orange County, Inc. (6608); The Art Institute of California-Sacramento, Inc. (6212); The Art Institute of Charleston, Inc. (6048); The Art Institute of Charlotte, LLC (4912); The Art Institute of Colorado, Inc. (3062); The Art Institute of Dallas, Inc. (9012); The Art Institute of Fort Lauderdale, Inc. (0255); The Art Institute of Houston, Inc. (9015); The Art Institute of Indianapolis, LLC (6913); The Art Institute of Las Vegas, Inc. (6362); The Art Institute of Michigan, Inc. (8614); The Art Institute of Philadelphia LLC (7396); The Art Institute of Pittsburgh LLC (7441); The Art Institute of Portland, Inc. (2215); The Art Institute of Raleigh-Durham, Inc. (8031); The Art Institute of St. Louis, Inc. (9555); The Art Institute of San Antonio, Inc. (4394); The Art Institute of Seattle, Inc. (9614); The Art Institute of Tampa, Inc. (6822); The Art Institute of Tennessee-Nashville, Inc. (5359); The Art Institute of Virginia Beach LLC (2784); The Art Institute of Washington, Inc. (7043); The Art Institutes International II LLC (9270); The Illinois Institute of Art at Schaumburg, Inc. (3502); The Illinois Institute of Art, Inc. (3500); The Institute of Post-Secondary Education, Inc. (0283); The New England Institute of Art, LLC (7798); The University of Sarasota, Inc. (5558);Western State University of Southern California (3875).

## RENEWED OMNIBUS NOTICE OF DEPOSITION

TO:     **Mark A. McEachen**
      **J. Devitt Kramer**
      **Edward West**
      **Frank Jalufka**
      **Mark Novad**
      **John Danielson**
      **Mick Beekhuizen**

c/o:

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach
Kevin A. Guerke
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
sbeach@ycst.com
kguerke@ycst.com

*Counsel for Defendants Kramer, Novad, McEachen, and Danielson*

NELSON MULLINS RILEY & SCARBOROUGH LLP
Thomas S. Jones
One PPG Place, Suite 3200
Pittsburgh, PA 15222
Telephone: (412) 730-3071
thomas.jones@nelsonmullins.com

*Counsel for Defendants Kramer and Novad*

SIDLEY AUSTIN LLP
Eric B. Schwartz
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
eschwartz@sidley.com

Sam Newman
Genevieve G. Weiner
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500

2

Facsimile: (310) 595-9501
sam.newman@sidley.com
gweiner@sidley.com

*Counsel for Defendants McEachen and Danielson*

RICHARDS, LAYTON & FINGER, P.A.
Marcos A. Ramos
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
ramos@rlf.com

MORGAN, LEWIS & BOCKIUS LLP
Michael L. Kichline
2222 Market Street
Philadelphia, PA 19103-3007
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
michael.kichline@morganlewis.com

*Counsel for Defendants West and Beekhuizen*

BLANK ROME LLP
John E. Lucian
1201 N. Market Street
Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
john.lucian@blankrome.com

*Counsel for Defendant Jalufka*

**PLEASE TAKE NOTICE THAT,** pursuant to Federal Rule of Civil Procedure 30 and Federal Rule of Bankruptcy Procedure 7030, Trustee-Plaintiff George L. Miller, by his attorneys, shall take the depositions by oral examination of the following individuals on the dates and times set forth below:

3

| Mark A. McEachen | May 12, 2026 at 10:00 a.m. EST |
|---|---|
| J. Devitt Kramer | May 13, 2026 at 10:00 a.m. EST |
| Frank Jalufka | May 14, 2026 at 10:00 a.m. EST |
| Edward West | May 15, 2026 at 10:00 a.m. EST |
| Mark Novad | May 19, 2026 at 10:00 a.m. EST |
| John Danielson | May 20, 2026 at 10:00 a.m. EST |
| Mick Beekhuizen | May 21, 2026 at 10:00 a.m. EST |

The depositions will be conducted at the offices of Plaintiff's counsel, Coren & Ress, P.C. (or by Zoom or other remote technology acceptable to the parties). The depositions shall be recorded by videographic and stenographic means for all purposes in this action, including trial.

Dated: March 12, 2026         Respectfully submitted,

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail:  bsandler@pszjlaw.com
        pkeane@pszjlaw.com

Steven M. Coren (*pro hac vice*)
Benjamin M. Mather (*pro hac vice*)
**COREN & RESS, P.C.**
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
(215) 735-8700

*Counsel for George L. Miller, Chapter 7 Trustee*