**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.*<br><br>Debtors. | Chapter 7<br>Case No. 18-11535 (CTG)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>TODD S. NELSON, JOHN R. McKERNAN, SAMUEL C. COWLEY, EDWARD WEST, MARK A. McEACHEN, FRANK JALUFKA, J. DEVITT KRAMER, MARK NOVAD, JOHN DANIELSON, AND MICK BEEKHUIZEN,<br><br>Defendants. | Adv. No. 20-50627 (CTG) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 25, 2026, defendant Frank Jalufka, by and through his undersigned counsel, caused *Defendant Frank Jalufka's First Interrogatories Directed to Plaintiff George L. Miller, as Chapter 7 Trustee* to be served via electronic mail upon the following parties:

| | |
|---|---|
| Bradford J. Sandler<br>Peter J. Keane<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor P.O. Box 8705<br>Wilmington, DE 19899<br>E-mail: bsandler@pszjlaw.com<br>crobinson@pszjlaw.com | Steven M. Coren<br>Benjamin M. Mather<br>COREN & RESS, P.C.<br>Two Commerce Square, Suite 3900<br>2001 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 735-8700<br>Email: scoren@kcr-law.com<br>bmather@kcr-law.com |

Dated:  March 25, 2026

**BLANK ROME LLP**
*/s/Jordan L. Williams*
Jordan L. Williams (DE No. 7128)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425 6424
jordan.williams@blankrome.com

-and-

John E. Lucian (*pro hac vice* forthcoming)
One Logan Square
130 N. 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Email: john.lucian@blankrome.com

*Counsel for Defendant Frank Jalufka*