**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC, *et al.*,<br><br>Debtors. | Chapter 7<br>Case No. 18-11535 (CTG)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>TODD S. NELSON, JOHN R. MCKERNAN, SAMUEL C. COWLEY, EDWARD WEST, MARK A. McEACHEN, FRANK JALUFKA, J. DEVITT KRAMER, MARK NOVAD, JOHN DANIELSON, AND MICK BEEKHUIZEN,<br><br>Defendants. | Adv. Proc. No. 20-50627 (CTG) |

**ORDER APPROVING JOINT STIPULATION TO STAY ALL PROCEEDINGS PENDING MEDIATION**

AND NOW, this 11th day of June, 2026, upon consideration of the Joint Stipulation to Stay All Proceedings Pending Mediation, , attached hereto as **Exhibit 1**, it is hereby ORDERED as follows:

1. All further proceedings in this action are hereby stayed pending the mediation that is scheduled for October 13, 2026, provided, however, that the Trustee may complete the Third Party Document Discovery (as defined in the Stipulation). All deadlines set forth in the Scheduling Order (ECF No. 172) are hereby vacated.

2. The parties shall provide a joint status report to the Court on or before October 27, 2026.

3. If mediation is not successful, the parties shall meet and confer and submit to the Court a proposed scheduling order to govern all remaining proceedings.

**Dated: June 11th, 2026**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**