**<u>Exhibit 1</u>**

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| THE ART INSTITUTE OF PHILADELPHIA LLC, et al., | Case No. 18-11535 (CTG) |
| *Debtors.* | Jointly Administered |
| GEORGE L. MILLER, Chapter 7 Trustee, | |
| Plaintiff, | Adversary Proceeding |
| v. | No. 20-50627 (CTG) |
| TODD S. NELSON, JOHN R. MCKERNAN, SAMUEL C. COWLEY, EDWARD WEST, MARK A. MCEACHEN, FRANK JALUFKA, J. DEVITT KRAMER, MARK NOVAD, JOHN DANIELSON, AND MICK BEEKHUIZEN, | |
| Defendants. | |

**STIPULATION TO STAY**
**ALL PROCEEDINGS PENDING MEDIATION**

Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure, George L.

Miller, Chapter 7 Trustee, and Defendants (collectively, the "Parties"), by and through their

undersigned counsel, hereby stipulate and agree to stay the above-captioned adversary

proceeding (the "Adversary Proceeding") on the following terms:

WHEREAS, on March 14, 2025, the Court entered a Scheduling Order setting deadlines

for the conclusion of fact discovery through briefing on dispositive motions (ECF No. 172) (the

"Scheduling Order");

WHEREAS, the Parties have been engaging in substantial discovery, including

propounding and responding to interrogatories and document requests, and the Trustee has been

pursuing the production of documents from the United States Department of Education, Houlihan Lokey and KKR & Co., Inc (the "Third Party Document Discovery");

WHEREAS, the Parties seek to explore a resolution of this Adversary Proceeding through private mediation and are scheduled to participate in a mediation session to be conducted by David M. Murphy of Phillips ADR on October 13, 2026; and

WHEREAS, the Parties, to conserve litigant and judicial resources, wish to stay the Adversary Proceeding and vacate all deadlines set forth in the Scheduling Order pending the outcome of mediation;

NOW, THEREFORE, the Parties stipulate and agree that:

(1)  All further proceedings in the Adversary Proceeding shall be stayed pending the outcome of mediation; provided, however, that the Trustee may complete the Third Party Document Discovery;

(2)  The parties shall provide a joint status report to the Court on or before October 27, 2026; and

(3)  If mediation is not successful, the parties shall meet and confer and submit to the Court a proposed scheduling order to govern all remaining proceedings.

*[Signatures on following page]*

Dated: June 9, 2026

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
PACHULSKI STANG ZIEHL &
JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail: bsandler@pszjlaw.com
            pkeane@pszjlaw.com

Steven M. Coren (*pro hac vice*)
Benjamin M. Mather (*pro hac vice*)
COREN & RESS, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 735-8700

*Counsel for George L. Miller,*
*Chapter 7 Trustee*

*/s/ Marcos A. Ramos*
RICHARDS, LAYTON & FINGER, P.A.
Marcos A. Ramos (DE Bar No. 4450)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
ramos@rlf.com
javorsky@rlf.com

MORGAN, LEWIS & BOCKIUS LLP
Michael L. Kichline (*pro hac vice*)
2222 Market Street
Philadelphia, PA 19103-3007
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
michael.kichline@morganlewis.com

*Counsel for Defendants Edward West and Mick Beekhuizen*

*/s/ Sean M. Beach*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach (DE Bar No. 4070)
Kevin A. Guerke (DE Bar No. 4096)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
sbeach@ycst.com
kguerke@ycst.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Thomas S. Jones (*pro hac vice*)
6 PPG Place, Suite 700
Pittsburgh, PA 15222
Telephone: (412) 730-3071
thomas.jones@nelsonmullins.com

3

*Counsel for Defendants John Devitt Kramer and Mark Novad*

/s/ Sean M. Beach
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach (DE Bar No. 4070)
Kevin A. Guerke (DE Bar No. 4096)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
sbeach@ycst.com
kguerke@ycst.com

SIDLEY AUSTIN LLP
Eric Schwartz (*pro hac vice*)
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
eschwartz@sidley.com
agumport@sidley.com

Genevieve Weiner (*pro hac vice*)
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500
Facsimile: (310) 595-9501
gweiner@sidley.com

*Counsel for Defendants Mark A. McEachen and John Danielson*

/s/ John E. Lucian
BLANK ROME LLP
John E. Lucian (*pro hac vice*)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
john.lucian@blankrome.com

*Counsel for Defendant Frank Jalufka*

4