PACHULSKI STANG ZIEHL & JONES

Peter J. Keane

302.778.6462
pkeane@pszjlaw.com

**LOS ANGELES**
10100 SANTA MONICA BLVD. 13TH FL.
LOS ANGELES, CALIFORNIA 90067-4003
310.277.6910

**NEW YORK**
1700 BROADWAY, 36TH FL.
NEW YORK, NEW YORK 10019
212.561.7700

**WILMINGTON**
919 NORTH MARKET STREET, 17TH FLOOR,
P.O. BOX 8705
WILMINGTON, DELAWARE 19899-8705
302.652.4100

**HOUSTON**
700 LOUISIANA STREET, STE. 4500
HOUSTON, TEXAS 77002
713.691.9385

**SAN FRANCISCO**
ONE SANSOME STREET, 34TH FL. STE. 3430
SAN FRANCISCO, CALIFORNIA 94104
415.263.7000

October 27, 2026

**Via CM/ECF**

Judge Craig T. Goldblatt
United States Bankruptcy Court
District of Delaware
824 North Market Street
3rd Floor, Courtroom 7
Wilmington, DE 19801

**Re: Miller v. Nelson, et al., Adv. Pro. No. 20-50627-CTG (Bankr. D. Del.)**

Dear Judge Goldblatt:

Pursuant to paragraph 2 of the *Order Approving Joint Stipulation to Stay All Proceedings Pending Mediation* [Adv. D.I. 213], we write jointly on behalf of George L. Miller, Chapter 7 Trustee, and Defendants (collectively, the "Parties") to provide this joint status report on the above-referenced adversary proceeding.

On October 13, 2026, the Parties participated in a mediation session with a private mediator from Phillips ADR Enterprises. The mediation is ongoing.

Respectfully submitted,

/s/ Peter J. Keane
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail: bsandler@pszjlaw.com
pkeane@pszjlaw.com

Steven M. Coren (*pro hac vice*)
Benjamin M. Mather (*pro hac vice*)
COREN & RESS, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 735-8700

*Counsel for George L. Miller, Chapter 7 Trustee*

/s/ Marcos A. Ramos
MORGAN, LEWIS & BOCKIUS LLP
Michael L. Kichline (*pro hac vice*)
2222 Market Street
Philadelphia, PA 19103-3007
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
michael.kichline@morganlewis.com

RICHARDS, LAYTON & FINGER, P.A.
Marcos A. Ramos (DE Bar No. 4450)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
ramos@rlf.com

*Counsel for Defendants Edward West and Mick Beekhuizen*

/s/ Sean M. Beach
NELSON MULLINS RILEY & SCARBOROUGH LLP
Thomas S. Jones (*pro hac vice*)
6 PPG Place, Suite 700
Pittsburgh, PA 15222
Telephone: (412) 730-3071
thomas.jones@nelsonmullins.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach (DE Bar No. 4070)
Kevin A. Guerke (DE Bar No. 4096)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
sbeach@ycst.com
kguerke@ycst.com

*Counsel for Defendants John Devitt Kramer and Mark Novad*

PACHULSKI STANG ZIEHL & JONES



*<u>/s/ Sean M. Beach</u>*
SIDLEY AUSTIN LLP
Eric Schwartz (*pro hac vice*)
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
eschwartz@sidley.com
agumport@sidley.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach (DE Bar No. 4070)
Kevin A. Guerke (DE Bar No. 4096)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
sbeach@ycst.com
kguerke@ycst.com

*Counsel for Defendants Mark A. McEachen and John Danielson*

*<u>/s/ John E. Lucian</u>*
BLANK ROME LLP
John E. Lucian (*pro hac vice*)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
john.lucian@blankrome.com

*Counsel for Defendant Frank Jalufka*